# UNITED STATES DISTRICT COURT
# CENTRAL NOTHERN OF CALIFORNIA

| | |
|---|---|
| EVANGELIA REMOUNDOS, JOHN BIEGGER, and ANNE BIEGGER, on behalf of themselves and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>LENDUS, LLC,<br><br>            Defendant. | Case No.:  3:22-cv-00749-EMC<br><br>[*The Honorable Edward M. Chen*]<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**[Filed concurrently with Stipulation]**<br><br>Complaint Filed:       February 4, 2022 |

The Court, having read and considered Defendant LendUS, LLC's and Plaintiffs Evangelia Remoundo's, John Biegger's, and Anne Biegger's (collectively, "Plaintiffs" and, together with LendUS, the "Parties") Stipulation to extend Plaintiffs' deadline to file their Motion for Preliminary Approval of Class Action Settlement ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

1. The Stipulation is **GRANTED;** and
2. Plaintiffs' deadline to file their Motion for Preliminary Approval of Class Action Settlement is June 21, 2022.

**IT IS SO ORDERED.**

Dated: _____May 31_____, 2022

_____
Hon. Edward M. Chen
United States District Court Judge

2

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO.: 3:22-CV-00749-EMC