M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELIA REMOUNDOS, JOHN BIEGGER, and ANNE BIEGGER, on behalf of themselves and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>LENDUS, LLC,<br><br>                Defendant. | Case No.: 3:22-cv-00749-EMC<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:**         **August 25, 2022**<br>**Time:**         **1:30 PM**<br>**Courtroom:**   **5, 17th Floor**<br>**Judge:**        **Hon. Edward M. Chen**<br><br>Complaint Filed:         February 4, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 25, 2022, at 1:30 PM, or as soon thereafter as counsel may be heard, before the Honorable Edward M. Chen, at San Francisco Courthouse, Courtroom 5 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base their Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support, this Notice; the Settlement Agreement and Release ("Settlement Agreement"); the Declaration of M. Anderson Berry in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Joint Decl."); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

1

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement; preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the Parties as set forth in the Settlement Agreement and attached to the Motion for Preliminary Approval as exhibits 4, 5, and 6 thereto; appointing Kroll Settlement Administration to serve as the Settlement Administrator; appointing Plaintiffs as Representative Plaintiffs and the undersigned attorneys as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and Service Awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 20, 2022.

Date: June 21, 2022                         Respectfully Submitted,

 /s/ M. Anderson Berry
M. ANDERSON BERRY (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 239-4778
aberry@justice4you.com

Terence R. Coates (admitted *Pro Hac Vice*)
MARKOVITS, STOCK & DEMARCO, LLC
119 E Court St., Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

Joseph M. Lyon (admitted *Pro Hac Vice*)
THE LYON FIRM, LLC
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs and the Proposed Classes*

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT