Casie D. Collignon (Admitted *Pro Hac Vice*)
ccollignon@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 764-4037
Facsimile: (303) 861-7805

Matthew D. Pearson, Bar No. 294302
mpearson@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:     (714) 966-8892
Facsimile:      (714) 754-6611

*Attorneys for Defendant*
LENDUS, LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELIA REMOUNDOS, JOHN BIEGGER, and ANNE BIEGGER, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEND US, LLC,<br><br>Defendant. | Case No.:  4:22-cv-00749-EMC<br><br>[*The Honorable Edward M. Chen*]<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO VACATE ALL CASE DEADLINES OTHER THAN THOSE RELATED TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:          February 4, 2022 |

The Court, having read and considered Defendant LendUS, LLC's ("LendUS") and Plaintiffs Evangelia Remoundos', John Biegger's, and Anne Biegger's (collectively, the "Plaintiffs" and, together with LendUS, the "Parties"), stipulation requesting an order from this Court vacating all case deadlines other than those related to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, which was filed on June 21, 2022 [Dkt. No. 25] ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS THAT:**

1. The Stipulation is **GRANTED;**

2. Other than deadlines related to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, all case deadlines, including the July 12, 2022 Case Management Conference and the July 5, 2022 Joint Case Management Conference Statement filing deadline, are **VACATED.**

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
The Honorable Edward M. Chen
United States District Court Judge

4885-5805-2391.3