M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorneys for Plaintiffs and the Proposed Classes*

*[Additional counsel listed on signature page.]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELIA REMOUNDOS, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>LEND US, LLC,<br><br>                  Defendant. | Case No.  3:22-cv-00749-EMC<br><br>**PLAINTIFFS' NOTICE OF RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        December 15, 2022<br>Time:        1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:       Hon. Edward M. Chen<br><br>Complaint Filed:  February 4, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 15, 2022, at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Edward M. Chen, at San Francisco Courthouse, Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base their Renewed Motion for Preliminary Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement

Agreement and Release ("Settlement Agreement"); the Declaration of M. Anderson Berry in Support of Plaintiffs' Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement ("Berry Decl."); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement; preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached to the Motion for Preliminary Approval as exhibits 1-7 thereto; appointing Kroll Settlement Administration to serve as the Settlement Administrator; appointing Plaintiffs as Class Representatives and the undersigned attorneys as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 20, 2022.

Date: October 20, 2022  Respectfully Submitted,

/s/M. Anderson Berry
M. ANDERSON BERRY (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 239-4778
aberry@justice4you.com

Terence R. Coates (admitted *Pro Hac Vice*)
MARKOVITS, STOCK & DEMARCO, LLC
119 E Court St., Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

Joseph M. Lyon
THE LYON FIRM, LLC (admitted *Pro Hac Vice*)
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs and the Proposed Classes*