M. ANDERSON BERRY (262879)
GREGORY HAROUTUNIAN (330263)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

TERENCE R. COATES (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 665-0204
Fax: (513) 665-0219
*tcoates@msdlegal.com*

JOSEPH M. LYON (*pro hac vice* forthcoming)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 721-1178
*jlyon@thelyonfirm.com*

Attorneys for Plaintiffs
Evangelia Remoundos, John Biegger, and Anne Biegger

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EVANGELIA REMOUNDOS, JOHN BIEGGER, and ANNE BIEGGER, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDUS, LLC,<br><br>Defendant. | Case No. 3:22-cv-00749-EMC<br><br>CLASS ACTION<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Hon. Edward M. Chen |

I, Scott M. Fenwick, declare as follows:

1.    I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103.  I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.  This declaration is being filed in connection with final approval of the class action settlement.

2.    Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, and government enforcement matters.  Kroll has provided notification and/or claims administration services in more than 3,000 cases.

3.    Kroll was appointed as the Claims Administrator to provide notification and administration services in connection with that certain Class Action Settlement Agreement (the "Settlement Agreement") entered into in connection with the above-captioned case.  Kroll's duties in connection with the settlement have and will include: (a) preparing and sending notices of the proposed settlement as required by the Class Action Fairness Act, 28 U.S.C. §1715(b) ("the CAFA Notice"); (b) receiving and analyzing the Class Member Information provided by defense counsel; (c) creating the Settlement Website with capability for filing Claim Form online; (d) establishing a toll-free number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Short Notice via First-Class Mail; (g) preparing and sending the Short Notice via email; (h) receiving and processing mail from the USPS with forwarding addresses; (i) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (j) receiving and processing Claim Forms; (k) receiving and processing requests to opt out of the settlement; and (l) such other tasks as counsel for the Settling Parties or the Court requests Kroll to perform.

4.    As noted above, on behalf of the defendant and at defense counsel's direction, on June 29, 2022, Kroll sent the CAFA Notice, a true and correct copy of which is attached hereto as **Exhibit A**, via First-Class Certified Mail, to (i) the Attorney General of the United States and (ii) 57 state and territory Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B**. Plaintiffs' Unopposed Renewed

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support was filed on October 20, 2022. As a result of the renewed motion being filed, Kroll was asked to send updated CAFA Notices. On October 28, 2022, Kroll sent a Supplemental CAFA Notice, a true and correct copy of which is attached hereto as **Exhibit C.** The CAFA Notices directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the settlement referenced in the CAFA Notice.

5.    On June 28, 2022, Kroll received one data file from the defendant. The file contained 12,513 records, but did not contain email addresses. Defendant provided an updated data file on December 20, 2022. The updated file contained 12,513 records containing names, physical addresses and/or email addresses for potential Settlement Class Members. Kroll undertook several steps to reconcile the two lists and compile the eventual list for the email and mailing of notices (the "Class List"). Kroll identified 1,064 duplicate records, leaving 11,449 unique Class List records, of which all 11,449 records have physical mailing address and 3,022 records have email addresses (8,427 records have physical mailing addresses only). Additionally, in an effort to ensure that the Short Notices would be deliverable to Settlement Class Members, Kroll ran the Class List through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA.

6.    On May 23, 2022, Kroll created a dedicated Settlement Website entitled www.LendUSSettlement.com. The Settlement Website "went live" on January 19, 2023 and contains a summary of the Settlement Agreement terms (including information on Settlement Class Members' rights, dates and deadlines), frequently asked questions, Settlement documents (including the Long Notice, the Claim Form, the Preliminary Approval Order, the Settlement Agreement, and the operative Class Action Complaint), and allowed Settlement Class Members an opportunity to file a Claim Form online.

7.    On December 29, 2023, Kroll established a toll-free number, 833-709-0097, for Settlement Class Members to call and obtain additional information regarding the settlement through an Interactive Voice Response ("IVR") system. As of March 2, 2023, the IVR system has received fifty-three (53) calls.

8.    On December 29, 2022, Kroll designated a post office box with the mailing address *Remoundos v. LendUS* c/o Kroll Settlement Administration, PO Box 5324, New York, NY 10150-5324, in order to receive requests for exclusion from the Settlement, Claim Forms, and correspondence from Settlement Class Members.

9. On January 26, 2023, Kroll caused 8,427 Short Notices to be mailed via First Class Mail to records on the Class List with physical addresses only. A true and correct copy the Short Notice along with the Long Notice and Claim Form are attached hereto as **Exhibits D, E, and F** respectively.

10. On January 26, 2023, Kroll caused the Short Notice to be sent via email to the 3,022 records with email addresses on file for Settlement Class Members, as noted above. A true and correct copy of a complete exemplar of the email Short Notice (including the subject line) is attached hereto as **Exhibit G.** Of the 3,022 emails attempted for delivery, 157 emails were rejected/bounced back as undeliverable. Kroll will mail Short Notices via First Class Mail to the 157 Settlement Class Members whose emails were rejected/bounced back as undeliverable.

11. As of March 2, 2023, Kroll has been notified by the USPS that fifty-six (56) mailed notices were automatically re-mailed to the updated addresses provided by the USPS.

12. As of March 2, 2023, 513 mailed notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 464 undeliverable records through an advanced address search. The advanced address search produced 346 updated addresses. Kroll has re-mailed Notices to the 346 updated addresses obtained from the advanced address search. Kroll will continue to perform advanced address search and re-mails as Short Notices are returned.

13. The Objection Date and Opt-Out Date is March 20, 2023, and the Claims Deadline is April 19, 2023. As of March 2, 2023, Kroll has received ninety-five (95) Claim Forms through the mail, and 265 Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Claim Forms. To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were provided a unique "Class Member ID" on their respective Short Notices. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

14. Kroll has received one (1) timely exclusion request and no objections to the Settlement. A list of the exclusions is attached hereto as **Exhibit H**.

15. As of March 2, 2023, Kroll has billed $45,262.40 for services and fees incurred in the administration of this matter. A true and correct copies of the invoices generated to date are attached hereto as **Exhibit I.** Kroll estimates that it will bill approximately an additional $31,000 to complete the administration of this Settlement. The current estimate is subject to change depending on factors such as the actual Settlement

1   class size, number of claims filed, and/or any Settlement administration scope change not currently under

2   consideration. This estimate is based on Kroll's many years of experience administering class action

3   settlements.

4       16.   Kroll will provide a supplemental declaration closer to the date of the Final Fairness Hearing with

5   updated claims data.

6       I declare under penalty of perjury under the laws of the United States that the above is true and correct

7   to the best of my knowledge and that this Declaration was executed on March 3, 2023, in Woodbury, Minnesota.

8

9

10                                    SCOTT M. FENWICK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**KROLL**
SETTLEMENT
ADMINISTRATION

June 28, 2022

<u>VIA FIRST CLASS CERTIFIED MAIL</u>

To:      All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(see attached distribution list)


Re:      CAFA Notice for the Proposed Settlement in *EVANGELIA REMOUNDOS, JOHN BIEGGER, and ANNE BIEGGER v. LendUS, LLC, Case No. 3:22-cv-00749-EMC,* in the Northern District of California.

Ladies and Gentlemen:

Pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendant LendUS, Inc. ("Defendant" or "LendUS") hereby notifies you of the proposed settlement of the above-captioned action (the "Action") currently pending in the Northern District of California (the "Court").

28 U.S.C. § 1715(b) lists eight items that must be provided to you in connection with any proposed class action settlement. Each of these items is addressed below:

1.      <u>28 U.S.C. § 1715 (b)(l) - a copy of the complaint and any materials filed with the complaint and any amended complaints.</u>

The Class Action Complaint is provided in electronic form located at www.cafanotice.com as **Exhibit A.**

2.      <u>28 U.S.C. § 1715 (b)(2) - notice of any scheduled judicial hearing in the class action.</u>

On June 21, 2022, Plaintiff filed a motion and unopposed motion for preliminary approval of class action settlement. A Preliminary Approval Hearing has been arranged to take place on August 25, 2022, at 1:30 p.m. PT, or as soon as thereafter as counsel may be heard, by The Honorable Edward M. Chen, at San Francisco Courthouse, Courtroom 5 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. A copy of the Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support, Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of M. Anderson Berry in support of in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and Case Management Conference Order in Reassigned Case are provided in electronic form located at www.cafanotice.com as **Exhibit B1, B2, B3, and B4** respectively.

3.      <u>28 U.S.C. § 1715(b)(3) - any proposed or final notification to Class Members.</u>

A copy of the proposed Long Form Notice, Postcard Notice, Short Form Notice, and Claim Form that will either be provided to Class Members by first-class mail and/or email or that will be available on the website created for the administration of this matter are provided in electronic form located at



www.cafanotice.com as **Exhibit C1, C2, C3 and C4** respectively. The Notices describe among other things, claim submission and the Class Members' rights to object or exclude themselves from the Class.

4.    28 U.S.C. § 1715(b)(4) - any proposed or final class action settlement.

The Settlement Agreement is provided in electronic form located at www.cafanotice.com as **Exhibit D**.

5.    28 U.S.C. § 1715(b)(5) - any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

There are no other settlements or other agreements between Class Counsel and counsel for Defendants beyond what is set forth in the Agreement.

6.    28 U.S.C. § 1715(b)(6) - any final judgment or notice of dismissal.

The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7.    28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

The definition of the class in the proposed Settlement Agreement is all persons to whom LendUS mailed notice that between February 2, 2021 and March 22, 2021, LendUS was the target of a criminal cyberattack in which third-party criminals gained "unauthorized access to some LendUS employee email accounts" and may have gained unauthorized access the notified individuals PII.  Attached as **Exhibit E** is an estimated breakdown by state for known Class Members.

8.    28 U.S.C. § 1715(b)(8) - any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

There has been no written judicial opinion. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the enclosed materials, please contact the undersigned Claims Administrator listed below.

Sincerely,

Paul Ferruzzi
Senior Manager
Paul.Ferruzzi@kroll.com

# Exhibit B



SERVICE LIST FOR CAFA NOTICE

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building 3rd Floor
PO BOX 7
Utulei, AS 96799

**Arizona Attorney General**
Mark Brnovich
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Leslie Rutledge
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.,
Wilmington, DE 19801

**District of Columbia Attorney General**
Karl A. Racine
400 6th St., NW
Washington, DC 20001

**Florida Attorney General**
Ashley Moody
The Capitol, PL 01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Leevin T. Camacho
590 S. Marine Corps Dr, Ste 706
ITC Building Tamuning, Guam 96913

**Hawaii Attorney General**
Holly T. Shikada
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Lawrence Wasden
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720



**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
5th Floor
302 West Washington Street
Indianapolis, IN 46204

**Iowa Attorney General**
Tom Miller
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Derek Schmidt
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Daniel Cameron
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Jeff Landry
P.O. Box 94095
Baton Rouge, LA 70804

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Brian Frosh
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Maura Healey
1 Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota Street
Suite 1400
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice
P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Eric Schmitt
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Justice Bldg.
215 N. Sanders
Helena, MT 59620



**Nebraska Attorney General**
Doug Peterson
State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

**New Hampshire Attorney General**
John Formella
33 Capitol St.
Concord, NH 03301

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Hector Balderas
P.O. Drawer 1508
Santa Fe, NM 87504

**New York Attorney General**
Letitia A. James
Department of Law - The Capitol, 2nd fl.
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St.
Columbus, OH 43266

**Oklahoma Attorney General**
John O'Connor
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Justice Bldg.
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Josh Shapiro
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
PO Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Building
P.O. Box 11549,
Columbia, SC 29211



**South Dakota Attorney General**
Jason Ravnsborg
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Herbert H. Slatery III
425 5th Avenue North
Nashville, TN 37243

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Denise N. George
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
PO BOX 142320
Salt Lake City, UT 84114

**Vermont Attorney General**
T.J. Donovan
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd, E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice, State Capitol,
Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
109 State Capitol
Cheyenne, WY 82002

**Northern Mariana Islands Attorney General**
Edward Manibusan
P.O. Box 10007
Administration Building
Saipan, MP  96950

Exhibit C

**KROLL**
SETTLEMENT
ADMINISTRATION

October 28, 2022

<u>VIA FIRST CLASS CERTIFIED MAIL</u>
To:      All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(see attached distribution list)

Re:      Supplemental CAFA Notice for the Proposed Settlement in *EVANGELIA REMOUNDOS, JOHN BIEGGER, and ANNE BIEGGER v. LendUS, LLC, Case No. 3:22-cv-00749-EMC,* in the Northern District of California.

Ladies and Gentlemen:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendant LendUS, Inc. ("Defendant" or "LendUS"), this letter and the documents listed below (which are located on our notice administrator's website, www.cafanotice.com under Remoundos v LendUS Supplemental Notice folder) supplements the previous notice sent to you on or around June 28, 2022.

Defendants LendUS, Inc. ("Defendants" or "LendUS"), through Defendants' undersigned counsel in the above-referenced action, provide courtesy copies of the proposed revised Order Granting Preliminary Approval, Settlement Agreement, Short Notice, Postcard Notice, Claim Form and Long Form Notice.

Following the Court's October 20, 2022 hearing on Plaintiff's Motion for Preliminary Approval of the Class Action Settlement, M. Anderson Berry submitted a supplemental declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action, Plaintiffs' Unopposed Renewed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support, and Renewed Motion for Preliminary Approval.

In conjunction with this notice, please find copies of the following documents that have been placed on our notice administrator's website

- A copy of the Revised Settlement Agreement can be found at www.cafanotice.com as Exhibit F.

- Copies of the revised Long-Form Notice, Postcard Notice, Short Notice, Claim Form and revised Proposed Preliminary Approval Order can be found at www.cafanotice.com as Exhibits G, H, I, J and K, respectively.

- Copy of the Second Declaration of M. Anderson Berry in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Plaintiffs' Unopposed Renewed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support, and Renewed Motion for Preliminary Approval can be found at www.cafanotice.com as Exhibits L, M and N, respectively.

- All other documents provided in the first CAFA notice can be found at www.cafanotice.com under "Remoundos v LendUs, LLC.



If for any reason you believe the enclosed information does not fully comply with CAFA, please notify the undersigned immediately so that Defendants can address any concerns you may have.

Sincerely,
Paul Ferruzzi
Senior Manager
Paul.Ferruzzi@kroll.com

Exhibit D

*Remoundos v LendUS Settlement*
c/o Kroll Settlement Administration
P.O. Box 5324
New York, NY 10150-5324

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

**Postal Service: Please do not mark or cover**

<<Refnum Barcode>>

**Class Member ID:** <<Refnum>>
<<FirstName>> <<LastName>>
<<BusinessName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

**Court-Ordered Legal Notice**

**A Settlement has been reached in a lawsuit against LendUS, LLC. claiming that personal information of approximately 11,570  individuals was compromised due to a data breach.**

**Records indicate that you are a class member entitled to benefits from this Settlement, including potential cash benefits of up to $3,000.**

Financial Shield Activation Code: <<ActivationCode>>

## What Can I Get?

A Settlement has been reached in a proposed class action lawsuit involving LendUS, LLC, Case No. 4:22-cv-00749-EMC (N.D. Cal.). The lawsuit alleges LendUS was the target of a cyberattack, between February 2, 2021 and March 22, 2021 ("Data Incident"), that may have resulted in the exposure of personal information (i,e, names; Social Security, passport, government ID, and driver's license numbers; and more).

**Lost Time Cash Payment:** You are eligible for up to three hours at **$20 per hour** of lost time spent dealing with issues related to the Data Incident ($60 maximum). The amount could increase based on the number of claims submitted.

**Identity-Theft Protection:** You are eligible for 36 months of **free Identity-Theft Protection** and other benefits called "Financial Shield" by Pango. Please see above for your Financial Shield Activation Code.

**Expense Reimbursement:** You are eligible for reimbursement of out- of-pocket expenses, up to $500, incurred as a result of the Data Incident.  Lost time and expense reimbursement can be combined, **up to $500.**

**Extraordinary Expense Reimbursement:** You are eligible for up to **$2,500** if you suffered monetary loss you can prove.

**Cash Payment for California Residents Only:** You are eligible to receive a **payment of $100** if you attest, under oath, that you were a resident of California at some time between February 2, 2021 and March 22, 2021. This amount could increase based on the number of claims submitted. You can combine this with a claim for lost time, expense reimbursement, and (if applicable) with extraordinary expense reimbursement.  Claims for lost time, expense reimbursement, and cash payment for California residents only are subject to a $500 per-person maximum.

More information on these benefits is available at **www.LendUSSettlement.com**.

## Who Is Included?

LendUS notified approximately 11,570 individuals about the Data Incident on or around January 19, 2021. You are included in the Settlement if you received this notice or if LendUS previously notified you by mail about the Data Incident. LendUS denies all claims and wrongdoing.

## What are my rights?

**File a Claim.** You must file a Valid Claim to receive monetary compensation. All Claim Forms must be submitted postmarked by **April 19, 2023**.

**Do Nothing.** You will be legally bound by decisions of the Court and you will give up any rights to prosecute certain claims against LendUS. You will not receive any monetary award from this Settlement. However, you will still be able to enroll in Financial Shield using the code above.

**Opt-Out.** You will not be legally bound by the Settlement, cannot file a Claim Form, cannot get money, and cannot receive credit monitoring, but you will keep your right to sue for claims in this lawsuit. Opt-out requests must be submitted postmarked by **March 20, 2023**.

**Object to the Settlement.** You may write to the Court and explain why you do not like the Settlement. Objections must be postmarked by **March 20, 2023.** You still must file a timely claim to receive a monetary award if the Court approves the Settlement. Complete instructions on how to opt-out of or object to the Settlement are found in the Long Notice available at **www.LendUSSettlement.com**.

## When Will the Court Approve the Settlement?

A Final Fairness Hearing will be held in early June 2023 to consider whether to approve the Settlement. The Court will hear any objections, determine if the Settlement is fair, and consider Proposed Settlement Class Counsel's request for fees and expenses of up to $175,000 and Service Awards for the Class Representative Plaintiffs of $2,000 each. The Final Fairness Hearing will be held either in person at San Francisco Courthouse, Courtroom 5 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, via Zoom, or telephonically. Instructions on when and how to attend the Final Fairness Hearing will be available at www.LendUSSettlement.com. You may attend the Final Fairness Hearing and ask to be heard by the Court, but you do not have to. The Final Fairness Hearing may be rescheduled without further notice. You are advised to frequently check the Settlement Website for any change to the Final Fairness Hearing.

*This is only a summary.* For detailed information visit **www.LendUSSettlement.com**, call **1-833-709-0097** or write to the Claims Administrator at Remoundos v LendUS Settlement, c/o Kroll Settlement Administration, P.O. Box 5324, New York, NY 10150-5324.

**www.LendUSSettlement.com**          **1-833-709-0097**

Postage
Required

***Remoundos v LendUS Settlement***
c/o Kroll Settlement Administration
P.O. Box 5324
New York, NY 10150-5324

<<Barcode>>

Class Member ID: <<Refnum>>

## Address Update

If you have an address different from where this postcard was mailed to, please write your correct address and email below and return this portion to the address provided on the other side

### **<u>DO NOT</u> USE THIS POSTCARD TO FILE A CLAIM, AN EXCLUSION OR OBJECTION.**

Name: _____   _____   _____
       First Name                                                          M.I.    Last Name

Street Address:_____

Street Address 2:_____

City: _____ State: ____ ____  Zip Code: ___ ___ ___ ___ ___

Email Address: _____

Exhibit E

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# A Settlement providing potential cash benefits of up to $3,000 per claimant has been reached in a class action lawsuit against LendUS, LLC claiming personal information of approximately 11,570 individuals was compromised due to a Data Incident.

*A federal court ordered this notice. This is not a solicitation from a lawyer.*

- A proposed Settlement has been reached in a class action lawsuit involving LendUS, LLC that alleges LendUS was the target of a cyberattack, between February 2, 2021, and March 22, 2021, in which third-party criminals attempted to gain unauthorized access to LendUS' employee email accounts and client accounts ("Data Incident") that potentially exposed personal information including names, Social Security Numbers, passport numbers, government ID numbers, driver's license numbers, and more. LendUS denies the claims and that it did anything wrong.

- The Settlement includes approximately 11,570 individuals that LendUS notified about the Data Incident on or around January 19, 2022. You are included in the Settlement if you were mailed this notice by LendUS or if LendUS previously notified you by mail about the Data Incident.

- You should have received an email or a letter from the Claims Administrator if you are a member of the Settlement Class. That notification included a unique Class Member ID for you to verify your identity to receive the Settlement benefits described in this notice. If for some reason you have not received login information, but believe you are a Settlement Class Member, please call 833-709-0097 to verify your identity and receive further information on how to file a claim.

- The Settlement provides reimbursement of up to $500 for documented out-of-pocket expenses and attested-to lost time up to $60 (3 hours at $20/hrs.) that resulted from the Data Incident for persons who file a valid Claim Form, as further described below. The Settlement provides up to $2,500 for proven monetary extraordinary expenses for Settlement Class Members who have incurred extraordinary expenses and who submit a valid Claim Form. Additionally, the Settlement provides $100 for Settlement Class Members who were California residents at the time of that Data Incident, who attest to same, and who submit a valid Claim Form. Lastly, the Settlement provides 36 months of free Identity-Theft Protection and other benefits called "Financial Shield" by Pango to all Settlement Class Members.

- You must file a Claim Form to receive a payment. You can file a claim online on this website, www.LendUSSettlement.com, download a Claim Form and mail it, or you may call 833-709-0097 and ask that a Claim Form be mailed to you. The Claims Deadline is April 19, 2023. You must use the Class Member ID you received with your notification to verify your identity as a member of the Settlement Class. If for some reason you did not receive a Class Member ID, but believe you are a Settlement Class Member, please call 833-709-0097 to verify your identity and receive further information on how to file a claim.

1

**Your legal rights are affected even if you do nothing.**

**Read this Notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **FILE A CLAIM** | The only way to get monetary benefits under this Settlement. You must file a claim by **April 19, 2023.** |
| **OPT-OUT OF THE SETTLEMENT** | Get no benefits. This is the only option that may allow you to sue LendUS over the claims being resolved by this Settlement. You must opt-out of the Settlement by **March 20, 2023.** |
| **OBJECT** | Write the Court about why you do not think this Settlement is fair, reasonable, or adequate. You may also ask to speak in Court about the fairness of the Settlement. However, you still must file a timely claim to receive a monetary award if the Court approves the Settlement. You must object by **March 20, 2023.** |
| **IF YOU DO NOTHING** | Get no monetary benefits. Give up your rights to sue LendUS about the legal claims in this case. You may still enroll in "Financial Shield" by Pango. |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- The Court in charge of this case still has to decide whether to grant final approval of the Settlement. Payments will only be made after the Court grants final approval of the Settlement and after any appeals are resolved in favor of the Settlement.

## WHAT THIS NOTICE CONTAINS?

**BASIC INFORMATION** ........................................................................................................**Page 4**

1. Why was this notice issued?
2. What is this lawsuit about?
3. Why is this lawsuit a class action?
4. Why is there a Settlement?

**WHO IS IN THE SETTLEMENT?**...........................................................................**Pages 4 & 5**

5. How do I know if I am included in the Settlement?
6. What if I am not sure whether I am included in the Settlement?

**THE SETTLEMENT BENEFITS** ..........................................................................................**Page 5**

7. What does the Settlement provide?
8. What payments are available?
9. When will my Identity-Theft Protection enrollment code become active?

**HOW TO GET BENEFITS**......................................................................................................**Page 7**

10. How do I get these benefits?
11. How will claims be decided?

**REMAINING IN THE SETTLEMENT** ...............................................................................**Page 7**

12. Do I need to do anything to remain in the Settlement?
13. What am I giving up as part of the Settlement?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**.................................................**Pages 7 & 8**

14. If I exclude myself, can I get a payment from this Settlement?
15. If I do not exclude myself, can I sue LendUS for the same thing later?
16. How do I exclude myself from the Settlement?

**THE LAWYERS REPRESENTING YOU** ...........................................................................**Page 8**

17. Do I have a lawyer in this case?
18. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** ..........................................................................**Pages 8 & 9**

19. How do I tell the Court that I do not like the Settlement?
20. What is the difference between objecting and asking to be excluded?

**THE COURT'S FINAL FAIRNESS HEARING** ..............................................................**Pages 9 & 10**

21. When and where will the Court decide whether to approve the Settlement?
22. Do I have to attend the hearing?
23. May I speak at the hearing?

**IF YOU DO NOTHING**........................................................................................................**Page 10**

24. What happens if I do nothing?

**GETTING MORE INFORMATION** ...................................................................................**Page 10**

25. How do I get more information?

## BASIC INFORMATION

### 1. Why was this notice issued?

The Court authorized this notice because you have a right to know about the proposed Settlement in this Class Action lawsuit and about all of your options before the Court decides whether to give "Final Approval" to the Settlement. This notice explains the legal rights and options that you may exercise before the Court decides whether to approve the Settlement.

Judge Edward M. Chen of the United States District Court for the Northern District of California is overseeing this case. The case is known as *Remoundos, et al. v. LendUS, LLC*, Case No. 4:22-cv-00749-EMC. The people who sued are called the Plaintiffs. LendUS is called the defendant.

### 2. What is this lawsuit about?

The Plaintiffs in the lawsuit claim that LendUS is responsible for the Data Incident that occurred and further allege that, as a result of the Data Incident, the criminals gained access to Plaintiffs' and "other consumers[']" personal information, including without limitation, "first and last names, mailing addresses, dates of birth, Social Security Numbers, and tax information" (collectively, "PII").  The lawsuit seeks compensation for people who had losses as a result of the Data Incident.

LendUS denies all of Plaintiffs' claims and asserts that it did not do anything wrong.

### 3. Why is this lawsuit a class action?

In a Class Action, one or more people called "Plaintiffs" sue on behalf of all people who have similar claims. All of these people together are the "Settlement Class Members." In this case, the Plaintiffs are Evangelia Remoundos, John Biegger, and Anne Biegger. From the onset of the litigation, and over the course of several months, the Settling Parties engaged in Settlement negotiations.  As a result of these negotiation, the Settling Parties reached a Settlement, which is memorialized in the Settlement Agreement.

### 4. Why is there a Settlement?

By agreeing to settle, both sides avoid the cost and risk of a trial, and people who submit Valid Claims will get compensation. The Representative Plaintiffs and their attorneys believe the Settlement is fair, reasonable, and adequate and, thus, in the best interest of the Settlement Class and its members. The Settlement does not mean that LendUS did anything wrong.

## WHO IS IN THE SETTLEMENT?

### 5. How do I know if I am included in the Settlement?

The Settlement Class includes all persons to whom LendUS mailed notice that between February 2, 2021 and March 22, 2021, LendUS was the target of a cyberattack in which third-party criminals gained unauthorized access to LendUS' network, encrypted some of LendUS' systems, and may have gained unauthorized access to the personal information of consumers.

Specifically excluded from the Settlement Class are: (i) LendUS and its respective officers and directors; (ii) all members of the Settlement Class who timely and validly request exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this Settlement; and (iv) any other person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contender* to any such charge.

**6. What if I am not sure whether I am included in the Settlement?**

If you are not sure whether you are included in the Settlement, or have any other questions related to the Settlement, you may:

1. Call 833-709-0097
2. Write to:

Remoundos v LendUS
c/o Kroll Settlement Administration
P.O. Box 5324
New York, NY 10150-5324

Please do not contact the Court with questions.

**THE SETTLEMENT BENEFITS**

**7. What does the Settlement provide?**

The Settlement provides payments to people who submit Valid Claims for expenses or time incurred as a result of the Data Incident. If for some reason you have not received unique class member ID information, but believe you are a Settlement Class Member, please call 833-709-0097 to verify your identity and receive further information on how to file a claim.

All members of the Settlement Class are eligible for 36 months of free identity-theft protection, called "Financial Shield" by Pango.  For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by LendUS, the 36 months of "Financial Shield" shall be in addition to that year.

In addition to the above benefits, California Subclass Members who submit a Valid Claim will also be eligible for an additional benefit of $100 each.

**8. What payments are available?**

Members of the Settlement Class seeking reimbursement must complete and submit a Claim Form to the Claims Administrator, postmarked or submitted online on or before **April 19, 2023.** This is the only way to get a payment or receive the free credit monitoring.

**Lost Time Cash Payment**. Members of the Settlement Class are eligible to receive up to three hours at $20 per hour of lost time spent dealing with issues arising out of the Data Incident ($60 maximum). Members of the Settlement Class must attest on the Claim Form to the time spent.

Claims made for lost time can be combined with claims made for out-of-pocket expenses and, together with the out-of-pocket expenses, are subject to the $500 cap for each member of the Settlement Class. The amount of money received by Settlement Class Members who submit Valid Claims may be increased on a *pro rata* basis based on the number of Valid Claims for lost time that are submitted. For purposes of the *pro rata* increase discussed immediately above, the $500 cap for each Settlement Class Member shall not apply.

**Cash Payment for California Settlement Subclass Members.** All California Settlement Subclass Members who submit a Valid Claim using the Claim Form shall be eligible to receive a payment of $100 provided that the California Settlement Subclass Member attests, under oath, that he or she was a resident

5

of the State of California at some point between February 2, 2021 and March 22, 2021 ("California Cash Payment Claim"). This additional amount can be combined with a claim for reimbursement for lost time and for out-of-pocket losses under expense reimbursement and can be combined (if applicable) with reimbursement for losses under extraordinary expense reimbursement. All California Cash Payment Claims shall be subject to the $500 per-Settlement Class Member cap on compensation for ordinary loss and lost time. The amount of money a California Subclass Member receives for his or her California Cash Payment Claim may be increased on a *pro rata* basis based on the number of Valid Claims submitted. For purposes of the *pro rata* increase discussed immediately above, the $500 cap for each Settlement Class Member shall not apply.

**Identity-Theft Protection**. All members of the Settlement Class are eligible for 36 months of free identity-theft protection, called "Financial Shield" by Pango. For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by LendUS, the 36 months of "Financial Shield" shall be in addition to that year. Financial Shield includes additional benefits, such as up to $1 Million Dollars of identity theft insurance and dark web monitoring, among other benefits.

**Expense Reimbursement**. All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for the following documented out-of-pocket expenses, not to exceed $500 per member of the Settlement Class, that were incurred as a result of the Data Incident:

    I. unreimbursed bank fees;

    II. unreimbursed card reissuance fees;

    III. unreimbursed overdraft fees;

    IV. unreimbursed charges related to unavailability of funds;

    V. unreimbursed late fees; (vi) unreimbursed over-limit fees;

    VI. long distance telephone charges;

    VII. cell minutes (if charged by minute), Internet usage charges (if charged by the minute or by the amount of data usage and incurred solely as a result of the Data Incident), and text messages (if charged by the message and incurred solely as a result of the Data Incident);

    VIII. unreimbursed charges from banks or credit card companies;

    IX. interest on payday loans due to card cancellation or due to over-limit situation incurred solely as a result of the Data Incident;

    X. costs of credit report(s), credit monitoring, and/or other identity theft insurance products purchased by members of the Settlement Class between February 2, 2021 and the date of the Claims Deadline; and

    XI. other losses incurred by Settlement Class Members determined by the Claims Administrator to be fairly traceable to the Data Incident, including, but not limited to, the cost of postage and gas for local travel. To receive reimbursement for any of the above-referenced out-of-pocket expenses, Settlement Class Members must submit

        (i) their name and current address;

        (ii) supporting documentation of such out-of-pocket expenses; and

        (iii) a description of the loss, if not readily apparent from the documentation.

**Extraordinary Expense Reimbursement.** All members of the Settlement Class who have suffered a proven monetary loss and who submit a Valid Claim using the Claim Form are eligible for up to $2,500 if:

    (i) the loss is an actual, documented and unreimbursed monetary loss;

    (ii) the loss was more likely than not caused by the Data Incident;

    (iii) the loss occurred between February 2, 2021 and the Claims Deadline; and

(iv)    the loss is not already covered by one or more of the reimbursement categories listed in Expense Reimbursement; and the member of the Settlement Class made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring, insurance and identity theft insurance.

### 9.    When will my Identity-Theft Protection enrollment code become active?

Your Identity-Theft Protection code will be activated upon the Effective Date when the Settlement is approved for this matter. Please continue to review this website for future updates regarding this matter.

## HOW TO GET BENEFITS

### 10.  How do I get benefits?

To get a payment from the Settlement, you must complete a Claim Form. Please read the instructions carefully, fill out the Claim Form, provide reasonable documentation (where applicable), and submit it online or mail it postmarked no later than **April 19, 2023** to:

Remoundos v LendUS
c/o Kroll Settlement Administration
P.O. Box 5324
New York, NY 10150-5324

You may submit a claim online or download a copy at <u>www.LendUSSettlement.com</u>, or you may request one by mail by calling 833-709-0097.

### 11.  How will claims be decided?

The Claims Administrator will initially decide whether the information provided on a Claim Form is complete and valid. The Claims Administrator may request additional information from any claimant. If the required information is not provided timely, the claim will be considered invalid and will not be paid.

If the claim is complete and the Claims Administrator denies the claim entirely or partially, the claimant will be provided an opportunity to have their claim reviewed by an impartial claims referee selected by the parties.

## REMAINING IN THE SETTLEMENT

### 12.  Do I need to do anything to remain in the Settlement?

You do not have to do anything to remain in the Settlement, but if you want a payment, you must submit a Claim Form postmarked by **April 19, 2023.**

### 13.  What am I giving up as part of the Settlement?

If you do not opt out of the Settlement, all Court orders will apply to you, and you give LendUS a "Release." A Release means you cannot sue or be part of any other lawsuit against LendUS about the claims or issues in this lawsuit (relating to the Data Incident), and you will be bound by the Settlement.

The specific claims you are giving up against LendUS and related persons or entities are called "Released Claims."  The Released Claims are defined in Section 1.25 and described in Section 6 of the Settlement

Agreement, which is available under the documents page at **www.LendUSSettlement.com.** The Settlement Agreement describes the Released Claims with specific and accurate legal descriptions, so read it carefully.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this Settlement, but you want to keep the right to sue LendUS about issues in this case, then you must take steps to get out of the Settlement Class. This is called excluding yourself from – or is sometimes referred to as "opting out" of – the Settlement Class.

### 14. If I exclude myself, can I get a payment from this Settlement?

No. If you exclude yourself, you will not be entitled to any benefits of the Settlement. You will also not be bound by any judgment in this case.

### 15. If I do not exclude myself, can I sue LendUS for the same thing later?

No. Unless you exclude yourself, you give up any right to sue LendUS for the Claims that this Settlement resolves. You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case. If you exclude yourself, do not submit a Claim Form to ask for a payment.

### 16. How do I exclude myself from the Settlement?

To exclude yourself, send a letter that says you want to be excluded from the Settlement in, *Remoundos, et al. v. LendUS. LLC*, Case No. 4:22-cv-00749-EMC (N.D. Cal.) ("Exclusion Request"). Include your name, address, and signature. You must mail your Exclusion Request postmarked by March 20, 2023 to:

Remoundos v LendUS
c/o Kroll Settlement Administration
P.O. Box 5324
New York, NY 10150-5324

## THE LAWYERS REPRESENTING YOU

### 17. Do I have a lawyer in this case?

Yes. The Court appointed the following lawyers as Proposed Settlement Class Counsel: M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corp.; Terence R. Coates of Markovits, Stock & DeMarco, LLC; and Joseph M. Lyon of The Lyon Firm.

You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 18. How will the lawyers be paid?

Proposed Settlement Class Counsel will seek an order from the Court awarding $175,000 to Proposed Settlement Class Counsel for attorneys' fees, inclusive of any costs and expenses of the litigation. Proposed Settlement Class Counsel, in their sole discretion, shall allocate and distribute the amount of attorneys' fees, costs, and expenses awarded by the Court among Plaintiffs' Counsel.

**19. How do I tell the Court that I do not like the Settlement?**

You can object to the Settlement if you do not like it or some part of it. The Court will consider your views. To do so, you must file a written objection. Please note that if you object, you will still need to file a timely claim form to receive any applicable monetary benefits if the Court approves the Settlement.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no Settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

Your objection must include all of the following information: (i) the objector's full name and address; (ii) the case name and docket number – *Remoundos, et al. v. LendUS, LLC.*, Case No. 4:22-cv-00749-EMC (N.D. Cal.); (iii) information identifying the objector as a Settlement Class Member, including proof that the objector is a member of the Settlement Class (e.g., copy of the objector's Settlement notice, copy of original notice of the Data Incident, or a statement explaining why the objector believes he or she is a Settlement Class Member); (iv) a written statement of all grounds for the objection, accompanied by any legal support for the objection the objector believes applicable; (v) the identity of any and all counsel representing the objector in connection with the objection; (vi) a statement whether the objector and/or his or her counsel will appear at the Final Fairness Hearing; and (vii) the objector's signature or the signature of the objector's duly authorized attorney or other duly authorized representative (if any) representing him or her in connection with the objection.

Your written notice of an objection, in the appropriate form, must be mailed, postmarked by March 20, 2023 and sent to the Court via the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489.

The Court may only approve or deny the Settlement. The Court cannot change the terms of the Settlement.

**20. What is the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you do not like the Settlement and why you do not think it should be approved. You can object only if you do not exclude yourself from the Settlement Class. You may still file a claim to receive monetary benefits if you object, but not if you exclude yourself. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

### THE COURT'S FINAL FAIRNESS HEARING

The Court will hold a hearing to decide whether to grant final approval of the Settlement.

**21. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Fairness Hearing in early June 2023 to consider whether to approve the Settlement. Please periodically check the Settlement Website for updates. The Court will hear any objections, determine if the Settlement is fair, and consider Proposed Settlement Class Counsel's request for fees and expenses of up to $175,000 and a Service Award for the three Plaintiffs of $2,000. The hearing will be held either in person at San Francisco Courthouse, Courtroom 5 – 17th Floor 450 Golden Gate Avenue, San Francisco, CA 94102, via Zoom, or telephonically. Instructions on how to attend the Final Fairness Hearing will be available at www.LendUSSettlement.com. You may attend the Final Fairness Hearing and ask to be heard by the Court, but you do not have to. Attorneys' fees and costs will be posted on the Settlement Website after they are filed with the Court. The Final Fairness Hearing date and time may change without further notice to you. Please check the Settlement Website for any changes to the date and time of the Final Fairness Hearing.

**22. Do I have to attend the hearing?**

No. Proposed Settlement Class Counsel will present the Settlement Agreement to the Court. You or your own lawyer are welcome to attend at your expense, but you are not required to do so. If you send an objection, you do not have to come to the Court to talk about it. As long as you filed your written objection on time with the Court and mailed it according to the instructions provided in Question 18, the Court will consider it.

**23. May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Fairness Hearing. To do so, you must file an objection according to the instructions in Question 18, including all the information required and identify that you would like to speak at the Final Fairness Hearing.

Your objection must be submitted to the Court via the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489 and must include the following case information *Remoundos, et al. v. LendUS, LLC*., Case No. 4:22-cv-00749-EMC (N.D. Cal.).

## IF YOU DO NOTHING

**24. What happens if I do nothing?**

If you do nothing, you will get no monetary benefits from this Settlement. However, you may still enroll in "Financial Shield" by Pango. Once the Settlement is granted Final Approval and the judgment becomes final, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against LendUS about the legal issues in this case, ever again.

You must exclude yourself from the Settlement if you want to retain the right to sue LendUS for the Claims resolved by this Settlement.

## GETTING MORE INFORMATION

**25. How do I get more information?**

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at www.LendUSSettlement.com, contact Class Counsel at msd@msdlegal.com, access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

Exhibit F



5 5 6 1 5 0 0 0 0 0 0 0 0 0

## LendUS DATA INCIDENT SETTLEMENT CLAIM FORM

## CLAIM FORM AND INSTRUCTIONS

This Claim Form should be filled out and submitted by mail if you received notice that your Personal Identifiable Information ("PII") was potentially compromised in the Data Incident involving LendUS that occurred between February 2, 2021 and March 22, 2021. If you fill out this Claim Form, you may get a payment of (1) $20 per hour for lost time up to a maximum of three hours ($60) ("Lost-Time Claim"); (2) up to $500 for reimbursement of documented out-of-pocket expenses; (3) up to $2,500 for reimbursement of documented monetary losses; and (4) $100 if you were a California resident at the time of the Data Incident ("California Cash Payment Claim"). You may be eligible for payment from all four payment categories, and payment categories may be combined (up to any applicable limits). You may also be eligible for a *pro rata* increase of the amounts you receive for your Lost-Time Claims and California Cash Payment Claims, depending on the number of Valid Claims received.

Please refer to the Settlement notice posted on the Settlement Website, www.LendUSSettlement.com, for more information on submitting a Claim Form. You may also fill out and submit a Claim Form on the Settlement Website by following the prompts.

You may also enroll in 36 months of Identity-Theft Protection regardless of whether you complete this Claim Form. Please see the notice that was emailed or mailed to you for your enrollment credentials.

**To receive monetary benefits, you must submit the Claim Form below by April 19, 2023. However, a Claim Form is not required to enroll in the Financial Shield by Pango using your unique activation code.**

**Lost Time Cash Payment:** Members of the Settlement Class are eligible to receive up to three hours at $20 per hour of lost time spent dealing with issues arising out of the Data Incident ($60 maximum). Members of the Settlement Class must attest on the Claim Form to the time spent. No documentation other than a description of their actions shall be required for members of the Settlement Class to receive compensation for attested time. The amount of money received by Settlement Class Members who submit Valid Claims may be increased on a *pro rata* basis based on the number of valid Lost-Time Claims that are submitted.

**Cash Payment for California Settlement Subclass Members:** All California Settlement Subclass Members who submit a Valid Claim using the Claim Form shall be eligible to receive a payment of $100 provided that the California Settlement Subclass Member attests, under oath, that he or she was a resident of the State of California at some point between February 2, 2021 and March 22, 2021. The amount of money a California Subclass Member receives for his or her California Cash Payment Claim may be increased on a *pro rata* basis based on the number of Valid Claims submitted.

All claims made under cash payment for California Settlement Subclass Members shall be subject to the $500 per-Settlement-Class-Member cap on compensation for ordinary expense reimbursement and lost time. For purposes of the *pro rata* increase discussed immediately above, the $500 cap for each Settlement Class Member shall not apply.

**Expense Reimbursement:** All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for the following documented out-of-pocket expenses, not to exceed $500 per member of the Settlement Class, that were incurred as a result of the Data Incident: (i) unreimbursed bank fees; (ii) unreimbursed card reissuance fees; (iii) unreimbursed overdraft fees; (iv) unreimbursed charges related to unavailability of funds; (v) unreimbursed late fees; (vi) unreimbursed over-limit fees; (vii) long distance telephone charges; (viii)




cell minutes (if charged by minute), internet usage charges (if charged by the minute or by the amount of data usage and incurred solely as a result of the Data Incident), and text messages (if charged by the message and incurred solely as a result of the Data Incident); (ix) unreimbursed charges from banks or credit card companies; (x) interest on payday loans due to card cancellation or due to over-limit situation incurred solely as a result of the Data Incident; (xi) costs of credit report(s), credit monitoring, and/or other identity theft insurance products purchased by members of the Settlement Class between February 2, 2021 and the Claims Deadline; and (xii) other losses incurred by Settlement Class Members determined by the Claims Administrator to be fairly traceable to the Data Incident, including, but not limited to, the cost of postage and gas for local travel. To receive reimbursement for any of the above-referenced out-of-pocket expenses, Settlement Class Members must submit (i) their name and current address; (ii) supporting documentation of such out-of-pocket expenses; and (iii) a description of the loss, if not readily apparent from the documentation.

Claims made for out-of-pocket expenses can be combined with Lost-Time Claims, but are subject to a combined cap of $500 per Settlement Class Member.

**Extraordinary Expense Reimbursement:** All members of the Settlement Class who have suffered a proven monetary loss and who submit a Valid Claim using the Claim Form are eligible for up to $2,500 if: (1) the loss is an actual, documented and unreimbursed monetary loss; (2) the loss was more likely than not caused by the Data Incident; (3) the loss occurred between February 2, 2021 and the Claims Deadline; and (4) the loss is not already covered by one or more of the reimbursement categories and the member of the Settlement Class made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance.

Members of the Settlement Class seeking reimbursement must complete and submit a Claim Form to the Claims Administrator, postmarked or submitted online on or before the Claims Deadline. The notice to the class will specify this deadline and other relevant dates described herein. The Claim Form must be verified by the member of the Settlement Class with a statement that his or her claim is true and correct, to the best of his or her knowledge and belief, and is being made under penalty of perjury. Notarization shall not be required. The Settlement Class Member must submit reasonable documentation that the out-of-pocket expenses and charges claimed were both actually incurred and plausibly arose from the Data Incident. Failure to provide supporting documentation of the out-of-pocket expenses referenced above, as requested on the Claim Form, shall result in denial of a claim. No documentation is needed for lost-time expenses. Disputes as to claims submitted under this paragraph are to be resolved pursuant to the provisions in paragraph 2.6 of the Settlement Agreement.

## REQUIREMENTS FOR FILING A CLAIM FORM

Your claim will be considered only upon compliance with all of the following conditions:

1.  You must accurately complete all required portions of the attached Claim Form.

2.  You must sign this Claim Form, which includes the certification. If you file a Claim Form electronically, your electronic signature and submission of the form shall have the same force and effect as if you signed the form in hard copy.

3.  **If you are claiming expense reimbursement**: You must submit documentation supporting your out-of-pocket expenses, specifically (i) your name and current address; (ii) supporting documentation of such out-of-pocket expenses; and (iii) a description of the loss, if not readily apparent from the documentation. **The failure to submit such documentation may prevent you from claiming reimbursement for out-of-pocket expenses.**


 

5 5 6 1 5 0 0 0 0 0 0 0 0

4.  **If you are claiming extraordinary expense reimbursement**: All members of the Settlement Class who have suffered a proven monetary loss and who submit a Valid Claim using the Claim Form are eligible for up to $2,500 if: (1) the loss is an actual, document, and unreimbursed monetary loss; (2) the loss was more likely than not caused by the Data Incident; (3) the loss occurred between February 2, 2021 and the Claims Deadline; and (4) the loss is not already covered by one or more of the reimbursement categories listed in; and the member of the Settlement Class  made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance. **The failure to submit such documentation may prevent you from claiming reimbursement for extraordinary expense reimbursement.**

5.  **If you are claiming lost time reimbursement**: Members of the Settlement Class are also eligible to receive up to three hours at $20 per hour of lost time spent dealing with issues arising out of the Data Incident ($60 maximum).  Members of the Settlement Class must attest on the Claim Form to the time spent.  **No documentation other than a description of their actions shall be required for members of the Settlement Class to receive compensation for attested time.  Claims made for lost time can be combined with claims made for out-of-pocket expenses and, together with the out-of-pocket expenses, are subject to the $500 cap for each member of the Settlement Class.**

6.  **If you are claiming cash payment for California Settlement Subclass Members**:  All California Settlement Subclass Members who submit a Valid Claim using the Claim Form shall be eligible to receive a payment of $100 provided that the California Settlement Subclass Member attests, under oath, that he or she was a resident of the State of California at some point between February 2, 2021 and March 22, 2021.

7.  You have two ways to complete and submit a Claim Form: (A) you may mail the completed and signed Claim Form and certification by First Class U.S. Mail, postage prepaid, postmarked no later than April 19, 2023 to:

> **Remoundos v LendUS**
> **c/o Kroll Settlement Administration**
> **P.O. Box 5324**
> **New York, NY 10150-5324**

Or (B) you may complete and submit the Claim Form and certification using the Settlement Website, located at www.LendUSSettlement.com. If you file an electronic Claim Form and have documentation supporting your expense reimbursement and extraordinary expense reimbursement, you must include documentation with your electronic submission.

8.  Your failure to complete and submit the Claim Form using the Settlement Website by April 19, 2023, or by mail postmarked by April 19, 2023, will preclude you from receiving any payment in this Settlement.  If you submit by mail, you are advised to use (but are not required to use) certified mail, return receipt requested so that you will have a record of the date of mailing.

Submission of this Claim Form does not assure that you will share in the payments related to the Settlement in *Remoundos v LendUS*. If the Claims Administrator determines that your claim may be invalid, the Claims Administrator may reject your claim subject to your right to present information to dispute the Claims Administrator's finding.  For more information on this process, see Paragraph 2.6 of the Settlement Agreement, which is available at www.LendUSSettlement.com.






**First**, please provide us your information so we may contact you if necessary.

First: _____ MI:___ Last: _____

Address: _____

City:_____ State: ___ ___ ZIP: ___ ___ ___ ___ ___

Country: _____

Phone: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___    Last 4 SSN: ___ ___ ___ ___

Email: _____@_____

**Second**, please provide the class member ID the Claims Administrator provided to you in the letter or email notifying you of the Settlement. If you do not have this information but believe you may be a class member, please contact the Claims Administrator at 833-709-0097.

Class Member ID: 5 5 6 1 5 ___ ___ ___ ___ ___ ___ ___ ___

**Third**, please describe your claimed damages. Three types of damages are available. First, you may recover money to compensate you for time you spent addressing the Data Incident(s). Second, you may recover certain out-of-pocket expenses or losses incurred as a result of the Data Incidents. And third, you may receive a $100 payment if you are a member of the California Settlement Subclass. These expenses or time must have been incurred during the applicable time period, which is generally from February 2, 2021 through the end of the Claim Deadline. Please refer to the Settlement notice for more information.

### 1. Lost-Time Reimbursement.

You may be eligible for reimbursement of up to three hours at $20 per hour of lost time spent remedying issues related to the Data Incident ($60 maximum) with an attestation to the time spent.

☐ Yes, I have between 1 to 3 hours of time spent dealing with the Data Incident

☐ No, I do NOT have between 1 to 3hours of time spent dealing with the Data Incident (skip to question 2).

Round to the nearest hour and check only one box.

How much time did you spend? ☐ 1 Hour ☐ 2 Hours ☐ 3 Hours

**Attestation**

☐ I attest under penalty of perjury that I spent the number of hours claimed above making reasonable efforts to deal with the Data Incident.

### 2. Documented Out-of-Pocket Expenses.

You may receive reimbursement for documented out-of-pocket expenses or costs incurred as a result of the Data Incident, up to $500. The maximum amount LendUS is required to pay per claim for out-of-pocket expenses is $500. To do so, (1) itemize your expenses or out-of-pocket costs in the chart below; (2) sign the certification at






5 5 6 1 5 0 0 0 0 0 0 0 0 0

the end of this Claim Form, attesting that all information submitted is true and correct, that you incurred these expenses as a result of the Data Incident, and that none of your claimed out-of-pocket expenses have already been reimbursed by any other source; (3) include with this Claim Form documentation supporting each claimed expense or cost; and (4) provide your address above.

Documentation is required for claimed expenses. Please be sure to include documentation to expedite the processing of your claim.

☐ Yes, I have Out-of-Pocket Expenses.

☐ No, I do NOT have Out-of-Pocket Expenses (skip to question 3).

| Date | Description | Amount |
|------|-------------|--------|
| __ __/__ __/__ __ __ __ | | $__ __ __ __ . __ __ |
| __ __/__ __/__ __ __ __ | | $__ __ __ __ . __ __ |
| __ __/__ __/__ __ __ __ | | $__ __ __ __ . __ __ |
| __ __/__ __/__ __ __ __ | | $__ __ __ __ . __ __ |
| __ __/__ __/__ __ __ __ | | $__ __ __ __ . __ __ |
| __ __/__ __/__ __ __ __ | | $__ __ __ __ . __ __ |

**Total: _____**

**Documentation:** Attach supporting documentation. For example, a bank statement showing claimed fees (you may redact unrelated transactions and all but the last four digits of any account number).

### 3. Documented Out-Of-Pocket- Extraordinary Expense Reimbursement.

You may receive reimbursement for documented out-of-pocket expenses or costs incurred as a result of the Data Incident, up to $2,500. The maximum amount LendUS is required to pay per claim for out-of-pocket extraordinary expenses is $2,500. To do so, (1) the loss must be an actual, documented and unreimbursed monetary loss; (2) the loss must be more likely than not caused by the Data Incident; (3) the loss must have occurred between February 2, 2021 and the Claims Deadline; and (4) the loss must not be already covered by one or more of the reimbursement categories listed in expense reimbursement and the member of the Settlement Class must have made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance. Include with this Claim Form documentation supporting each claimed expense or cost and provide your address above.

☐ Yes, I have Out-Of-Pocket- Extraordinary Expenses.

☐ No, I do NOT have Out-Of-Pocket- Extraordinary Expenses (skip to question 4).








5 5 6 1 5 0 0 0 0 0 0 0

*Please provide a detailed description below or in a separate document submitted with this Claim Form.*

| Date | Description | Amount |
|------|-------------|--------|
| ___ ___/___ ___/___ ___ ___ ___ | | $___ ___ ___ ___ . ___ ___ |
| ___ ___/___ ___/___ ___ ___ ___ | | $___ ___ ___ ___ . ___ ___ |
| ___ ___/___ ___/___ ___ ___ ___ | | $___ ___ ___ ___ . ___ ___ |
| ___ ___/___ ___/___ ___ ___ ___ | | $___ ___ ___ ___ . ___ ___ |
| ___ ___/___ ___/___ ___ ___ ___ | | $___ ___ ___ ___ . ___ ___ |
| ___ ___/___ ___/___ ___ ___ ___ | | $___ ___ ___ ___ . ___ ___ |

**Total: _____**

### 4. Payment to California Settlement Subclass Members.

If you reside or resided in the State of California at any time between February 2, 2021 and March 22, 2021, you are eligible to claim a $100 cash payment.

☐ Yes, I resided in the State of California at any time between February 2, 2021 and March 22, 2021.

☐ No, I do NOT reside in the State of California at any time between February 2, 2021 and March 22, 2021.

**California Address where Data Incident Notice was received:**

Address: _____

City:_____ State: ___ ___   ZIP: ___ ___ ___ ___ ___

      **Documentation:** The Claims Administrator may require documentation to validate your claim.

      <u>**Attestation**</u>

      ☐ I attest under penalty of perjury that, at some time between February 2, 2021 and March 22, 2021, I was a resident of the State of California.

**Last,** you must certify that the information you provided above is true and accurate. Please sign the following:

I declare under penalty of perjury under the laws of the United States that the information I supplied in this Claim Form is true and correct to the best of my recollection. I understand that I may be asked to provide supplemental information by the Claims Administrator or Claims Referee before my claim will be considered complete and valid.

Print Name: _____

Signature:_____ Date: ___ ___ / ___ ___ / ___ ___ ___ ___
                                                 (mm/dd/yyyy)





Exhibit G

From:
To:
Subject: LendUS Data Breach Settlement | Court-Authorized Notice
_____

[Subhead: LendUS Data Breach Settlement may affect you – Please Read]

## A Settlement has been reached in a class action lawsuit against LendUS, LLC claiming personal information of approximately 11,570 individuals was compromised due to a data breach.

**You are receiving this email as a part of a court-authorized legal notice program. Records provided by LendUS, LLC indicate that you are a class member entitled to benefits, including potential cash benefits of up to $3,000, from this Settlement. Please read carefully.**

**Class Member ID: <<refnum>>**
**Financial Shield Activation Code: <<ActivationCode>>**

### What Can I Get?

A Settlement has been reached in a proposed class action lawsuit involving LendUS, LLC, Case No. 3:22-cv-00749-EMC (N.D. Cal.). In the lawsuit, the plaintiffs allege that between February 2, 2021 and March 22, 2021, LendUS was the target of a criminal cyberattack in which third-party criminals gained unauthorized access to LendUS' employee email accounts and client accounts ("Data Incident") that potentially exposed personal information including names, Social Security numbers, passport numbers, government ID numbers, driver's license numbers, and more.

**Lost Time Cash Payment**.  You are eligible for up to three hours at $20 per hour of lost time spent dealing with issues related to the Data Incident (**up to $60**). The maximum amount could increase based on the number of claims submitted.

**Cash Payment for California Residents Only**. You are eligible to receive **a payment of $100** if you attest, under oath, that you were a resident of California at some time between February 2, 2021 and March 22, 2021. The amount you receive could increase based on the number of claims submitted.  You can combine this with a claim for lost time, expense reimbursement, and (if applicable) with extraordinary expense reimbursement.  Claims for lost time, expense reimbursement, and Cash Payment for California residents only are subject to a $500 per-person maximum.

**Identity-Theft Protection**. You are eligible for 36 months of free Identity-Theft Protection and other benefits called "Financial Shield" by Pango. More information is available at www.LendUSSettlement.com. Please see your Financial Shield Activation Code above.

**Expense Reimbursement**. You are eligible for reimbursement of out-of-pocket expenses, **up to $500**, incurred as a result of the Data Incident. Expenses include bank fees, card reissuance fees, late fees, over-limit fees, and more. The full list is available at www.LendUSSettlement.com. This $500 cap also includes compensation for lost time.

**Extraordinary Expense Reimbursement.** You are eligible for **up to $2,500** if you suffered monetary loss you can prove. More information is available at www.LendUSSettlement.com.

### Who Is Included?

LendUS notified approximately 11,570 individuals of the Data Incident on or around January 19, 2022.  You are included in the Settlement if you were mailed this notice by LendUS or if LendUS previously notified you by mail about the Data Incident. LendUS denies the allegations that it did anything wrong.

> **View Instructions How to File a Claim Form**
> **File Your Claim Form by April 19, 2023.**

### What are your rights?

**File a Claim.** All Claim Forms must be submitted electronically or postmarked by **April 19, 2023.**

**Do Nothing**. You will be legally bound by decisions of the Court, and you will give up any rights to prosecute certain Claims against LendUS. You will not receive any monetary award from this Settlement. However, you will still be able to enroll in Financial Shield using the Financial Shield Activation Code above.

**Opt-Out**. You will not be legally bound by the Settlement, cannot file a claim, cannot get money, and cannot receive credit monitoring, but you will keep your right to sue for claims in this lawsuit. Opt-out requests must be submitted postmarked by **March 20, 2023.**

**Object to the Settlement**. You may write to the Court and explain why you do not like the Settlement. Objections must be postmarked by **March 20, 2023.** The Court may only approve or deny the Settlement. The Court cannot change the terms of the Settlement. You still must file a timely claim to receive a monetary award if the Court approves the Settlement.

Complete instructions on how to opt-out of or object to the Settlement are found in the Long Notice available at www.LendUSSettlement.com.

### When Will the Court Approve the Settlement?

The Court will hold a Final Fairness Hearing in early June 2023 to consider whether to approve the Settlement. Please periodically check the Settlement Website for updates.  The Court will hear any objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to $175,000 and a Service Award for the Class Representative Plaintiffs of $2,000.00 each. The Final Fairness Hearing will be held either in person at San Francisco Courthouse, Courtroom 5 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, via Zoom, or telephonically.  Instructions on how to attend the Final Fairness Hearing will be available at www.LendUSSettlement.com. You may attend the Final Fairness Hearing and ask to be heard by the Court, but you do not have to. Attorneys' fees and costs will be posted on the website after they are filed with the Court. The Final Fairness Hearing date and time may change without further notice to you. Please check the Settlement Website for any changes to the date and time of the Final Fairness Hearing.

*This is only a summary*. For detailed information visit www.LendUSSettlement.com or call **833-709-0097.** You may contact the Claims Administrator at

Remoundos v LendUS

c/o Kroll Settlement Administration

P.O. Box 5324

New York, NY 10150-5324

**DO NOT CALL THE COURT OR THE JUDGE WITH QUESTIONS ABOUT
THE SETTLEMENT OR THE CLAIMS PROCESS.**

Exhibit H

# Exclusion List

| Count | Record Identification Number |
|---|---|
| 1 | 556151GTF4N9V |

Exhibit I



Baker & Hostetler
1000 Louisiana
Suite 2000
Houston, TX  77002
mpearson@bakerlaw.com

| | |
|---|---|
| **Total Due:** | **USD 2,953.72** |
| Invoice No: | PA00586777 |
| Sequence No: | 1646 |
| Invoice Date: | July 25, 2022 |
| Due Date: | August 24, 2022 |
| Project No: | 155615 |
| Customer No: | BAKH |
| Contact: | Paul Ferruzzi |

**PRIVILEGED & CONFIDENTIAL**

Through June 30, 2022

**RE: Remoundos, et al. v. LendUS**

| | |
|---|---|
| Other Professional Services Rendered | USD 2,500.00 |
| Out-of-Pocket Expenses | |
|    Postage and Courier | 453.72 |
| | 453.72 |
| **Total Due:** | **USD   2,953.72** |

*Please note this invoice covers current charges only and
may not include previous unpaid invoice balances.*

**Remittance Instructions:**

| | |
|---|---|
| Account Name: | Kroll Settlement Administration LLC |
| Bank Name: | Bank of America |
| Account No: | 483065996116 |
| ACH ABA#: | 021000322 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

**Billing Questions:**
T: +1 952 852 7124
E:  EliteAR@kroll.com

**Tax ID:**
82-3588071

**Important Note: Please include our invoice number and name of your organization with all
payments and send remittance advice to AR@kroll.com.**

## DETAIL OTHER PROFESSIONAL SERVICES RENDERED

| Description | Units | Price/Unit* | Amount |
|---|---|---|---|
| Notification/Correspondence Fees: Prepare CAFA notice (per mailing) | 1.00 | 2,500.00 | 2,500.00 |
| *Rounded to two decimals | | Total: | 2,500.00 |



Baker & Hostetler
1000 Louisiana
Suite 2000
Houston  77002
United States of America
mpearson@bakerlaw.com

| | |
|---|---|
| **Total Due:** | **USD 42,308.68** |
| Invoice No: | PA00647821 |
| Sequence No: | 2819 |
| Invoice Date: | February 21, 2023 |
| Due Date: | March 23, 2023 |
| Project No: | 155615 |
| Customer No: | BAKH |
| Contact: | Paul Ferruzzi |

**PRIVILEGED & CONFIDENTIAL**

Through January 31, 2023

**RE: Remoundos, et al. v. LendUS**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 19,241.75 |
| Other Professional Services Rendered | | 19,445.32 |
| Out-of-Pocket Expenses | | |
| Postage and Courier | 3,621.61 | |
| | | 3,621.61 |
| **Total Due:** | | **USD  42,308.68** |

*Please note this invoice covers current charges only and*
*may not include previous unpaid invoice balances.*

**Remittance Instructions:**

| | |
|---|---|
| Account Name: | Kroll Settlement Administration LLC |
| Bank Name: | Bank of America |
| Account No: | 483065996116 |
| ACH ABA#: | 021000322 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

**Billing Questions:**

T: +1 312-980-9585
E:  EliteAR@kroll.com

**Tax ID:**
82-3588071

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

**DETAIL FEES FOR HOURLY PROFESSIONAL SERVICES RENDERED**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Notification/Correspondence Fees:  Set up, format and proof the notice & claim form | 5.00 | 150.00 | 750.00 |
| Website:  Modifications to post-production website | 0.25 | 150.00 | 37.50 |
| Project Management:  Project management | 45.80 | 150.00 | 6,870.00 |
| Project Management:  Staff | 115.55 | 85.00 | 9,821.75 |
| Project Management:  Technical consulting | 11.75 | 150.00 | 1,762.50 |
| | | Total: | 19,241.75 |

**DETAIL OTHER PROFESSIONAL SERVICES RENDERED**

| Description | Units | Price/Unit* | Amount |
|---|---|---|---|
| Notification/Correspondence Fees: Submit file for NCOA (one time fee) | 1.00 | 250.00 | 250.00 |
| Notification/Correspondence Fees: Print/address notice packet (per notice) | 8,427.00 | 1.26 | 10,618.02 |
| Notification/Correspondence Fees: Email correspondence (per email) | 10.00 | 2.00 | 20.00 |
| Notification/Correspondence Fees: Generate email address list (one time fee) | 1.00 | 750.00 | 750.00 |
| Notification/Correspondence Fees: Prepare and release initial email blast (one time fee) | 1.00 | 1,200.00 | 1,200.00 |
| Website: Website setup (one time fee) | 1.00 | 5,000.00 | 5,000.00 |
| Website: Monthly hosting (per month) | 1.00 | 125.00 | 125.00 |
| Contact Center: Call center IVR design and setup (one time fee) | 1.00 | 750.00 | 750.00 |
| Contact Center: IVR operating system (minimum charge) | 1.00 | 300.00 | 300.00 |
| Process Claim Forms, Deficiencies and Rejections: Online opt-in or claim forms (per form) | 34.00 | 0.95 | 32.30 |
| Mail Handling, Scanning & Data/Image Storing: Scanning set-up (one time fee) | 1.00 | 200.00 | 200.00 |
| Mail Handling, Scanning & Data/Image Storing: Data/image storage (per month) | 1.00 | 200.00 | 200.00 |
| *Rounded to two decimals | | Total: | 19,445.32 |