1

2

3

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

5

6

7

8

9

10

11

EVANGELIA REMOUNDOS, JOHN
BIEGGER, and ANNE BIEGGER, on behalf of
themselves and on behalf of all others similarly
situated,

                    Plaintiffs,

        v.

LENDUS, LLC,

                    Defendant.

Case No. 3:22-cv-00749-EMC

<u>CLASS ACTION</u>

**SUPPLEMENTAL DECLARATION OF
SCOTT M. FENWICK OF KROLL
SETTLEMENT ADMINISTRATION LLC
IN CONNECTION WITH FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT**

The Hon. Edward M. Chen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Scott M. Fenwick, declare as follows:

1.    I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2.    This declaration is being filed to update the Court in connection with the final approval of the settlement and supplements the *Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Class Action Settlement* filed on March 3, 2023 (the "Initial Declaration").

3.    The Objection Date and Opt-Out Date was on March 20, 2023. As of May 25, 2023, Kroll has received one (1) timely exclusion request and no objections to the Settlement.  A list of the exclusions is attached hereto as **Exhibit A**.

4.    The Claims Deadline was April 19, 2023. As of May 26, 2023, Kroll has received 141 timely Claim Forms through the mail and 346 Claim Forms filed electronically through the Settlement Website, for a total of 487 timely Claim Forms. As of May 26, 2023, Kroll has received no late Claim Forms. Kroll has been and is still in the process of reviewing and validating Settlement Claims.

5.    Of the 487 timely Claim Forms received, 349 Claim Forms were submitted by Settlement Class Members whose records were included in the "Class List" for emailing and mailing of notices, as described in ¶5 of the Initial Declaration.  The remaining 138 claims were therefore deemed invalid for not being part of the Settlement Class.  The following is a summary of the 349 timely Claim Forms and the types of benefits claimed therein:[2]

- *Documented Out-of-Pocket Expenses*: Ten (10) claimants filed claims for expense reimbursement for a total value of $2,012.25. As of May 23, 2023, Kroll has validated six (6) of the claims, for an aggregate value of $635.25.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in that certain Class Action Settlement Agreement (the "Settlement Agreement").

[2] Claimants had the ability to submit claims for multiple benefit types.

- *Lost-Time Reimbursement*: 206 claimants filed claims for lost time, all of which have been determined to be Valid Claims.  The aggregate value of these claims is $10,700.

- *Documented Out-of-Pocket Extraordinary Expense Reimbursement*: One (1) claimant filed a claim for extraordinary expense reimbursement for a total value of $1,150. This extraordinary expense reimbursement claim submitted has been determined to be deficient due to lack of documentation.

- *California Settlement Subclass*: 263 Claim Forms were filed by California Subclass Members, all of which have been determined to be Valid Claims. The aggregate value of these claims is $26,300 ($100 per Valid Claim).[3]

In summary, as of May 26, 2023, the aggregate value of Valid Claims received and validated is $37,635.25. As noted above, Kroll is still in the process of validating claims.  Accordingly, the number of Valid Claims and the aggregate value of such claims is subject to change.

6.    As of May 26, 2023, Kroll has billed $52,031.88 for Costs of Claims Administration for this matter. True and correct copies of the invoices generated to date are attached hereto as **Exhibit B.** Kroll estimates that it will bill approximately an additional $11,562.12 to complete the administration of this settlement.  The current estimate is subject to change depending on requests made that are outside the scope and not currently under consideration. This estimate is based on Kroll's many years of experience administering class action settlements.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed on May 26, 2023, in Woodbury, Minnesota.

SCOTT M. FENWICK

---

[3] All amounts set forth in this summary have been calculated in accordance with the terms of the Settlement Agreement.

# Exhibit A

# Exclusion List

| Count | Record Identification Number |
|-------|------------------------------|
| 1     | 556151GTF4N9V                |

# Exhibit B



Baker & Hostetler
1000 Louisiana
Suite 2000
Houston, TX  77002
mpearson@bakerlaw.com

| | |
|---|---|
| **Total Due:** | **USD 2,953.72** |
| Invoice No: | PA00586777 |
| Sequence No: | 1646 |
| Invoice Date: | July 25, 2022 |
| Due Date: | August 24, 2022 |
| Project No: | 155615 |
| Customer No: | BAKH |
| Contact: | Paul Ferruzzi |

**PRIVILEGED & CONFIDENTIAL**

Through June 30, 2022

**RE: Remoundos, et al. v. LendUS**

| | |
|---|---|
| Other Professional Services Rendered | USD 2,500.00 |
| Out-of-Pocket Expenses | |
| Postage and Courier | 453.72 |
| | 453.72 |
| **Total Due:** | **USD   2,953.72** |

*Please note this invoice covers current charges only and*
*may not include previous unpaid invoice balances.*

| **Remittance Instructions:** | | **Billing Questions:** |
|---|---|---|
| Account Name: | Kroll Settlement Administration LLC | T: +1 952 852 7124 |
| Bank Name: | Bank of America | E:  EliteAR @kroll.com |
| Account No: | 483065996116 | |
| ACH ABA#: | 021000322 | |
| Wire ABA#: | 026009593 | **Tax ID:** |
| Swift Code: | BOFAUS3N | 82-3588071 |

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

**DETAIL OTHER PROFESSIONAL SERVICES RENDERED**

| Description | Units | Price/Unit* | Amount |
|---|---|---|---|
| Notification/Correspondence Fees: Prepare CAFA notice (per mailing) | 1.00 | 2,500.00 | 2,500.00 |
| *Rounded to two decimals | | Total: | 2,500.00 |



Baker & Hostetler
1000 Louisiana
Suite 2000
Houston  77002
United States of America
mpearson@bakerlaw.com

| | |
|---|---|
| **Total Due:** | **USD 42,308.68** |
| Invoice No: | PA00647821 |
| Sequence No: | 2819 |
| Invoice Date: | February 21, 2023 |
| Due Date: | March 23, 2023 |
| Project No: | 155615 |
| Customer No: | BAKH |
| Contact: | Paul Ferruzzi |

**PRIVILEGED & CONFIDENTIAL**

Through January 31, 2023

**RE: Remoundos, et al. v. LendUS**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 19,241.75 |
| Other Professional Services Rendered | | 19,445.32 |
| Out-of-Pocket Expenses | | |
| Postage and Courier | 3,621.61 | |
| | | 3,621.61 |
| | | |
| **Total Due:** | | **USD  42,308.68** |

*Please note this invoice covers current charges only and*
*may not include previous unpaid invoice balances.*

**Remittance Instructions:**

| | | | |
|---|---|---|---|
| Account Name: | Kroll Settlement Administration LLC | **Billing Questions:** | |
| Bank Name: | Bank of America | T: +1 312-980-9585 | |
| Account No: | 483065996116 | E:  EliteAR@kroll.com | |
| ACH ABA#: | 021000322 | | |
| Wire ABA#: | 026009593 | **Tax ID:** | |
| Swift Code: | BOFAUS3N | 82-3588071 | |

**Important Note: Please include our invoice number and name of your organization with all
payments and send remittance advice to AR@kroll.com.**

Kroll Settlement Administration LLC
Lockbox: P.O. 843290 Dallas, TX 75284-3290
Overnight: Bank of America Lockbox 843290 1950 N. Stemmons Freeway, Suite 5010 Dallas, TX 75207
www.kroll.com

Page 1 of 2

**DETAIL FEES FOR HOURLY PROFESSIONAL SERVICES RENDERED**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Notification/Correspondence Fees:  Set up, format and proof the notice & claim form | 5.00 | 150.00 | 750.00 |
| Website:  Modifications to post-production website | 0.25 | 150.00 | 37.50 |
| Project Management:  Project management | 45.80 | 150.00 | 6,870.00 |
| Project Management:  Staff | 115.55 | 85.00 | 9,821.75 |
| Project Management:  Technical consulting | 11.75 | 150.00 | 1,762.50 |
| | | Total: | 19,241.75 |

**DETAIL OTHER PROFESSIONAL SERVICES RENDERED**

| Description | Units | Price/Unit* | Amount |
|---|---|---|---|
| Notification/Correspondence Fees: Submit file for NCOA (one time fee) | 1.00 | 250.00 | 250.00 |
| Notification/Correspondence Fees: Print/address notice packet (per notice) | 8,427.00 | 1.26 | 10,618.02 |
| Notification/Correspondence Fees: Email correspondence (per email) | 10.00 | 2.00 | 20.00 |
| Notification/Correspondence Fees: Generate email address list (one time fee) | 1.00 | 750.00 | 750.00 |
| Notification/Correspondence Fees: Prepare and release initial email blast (one time fee) | 1.00 | 1,200.00 | 1,200.00 |
| Website: Website setup (one time fee) | 1.00 | 5,000.00 | 5,000.00 |
| Website: Monthly hosting (per month) | 1.00 | 125.00 | 125.00 |
| Contact Center: Call center IVR design and setup (one time fee) | 1.00 | 750.00 | 750.00 |
| Contact Center: IVR operating system (minimum charge) | 1.00 | 300.00 | 300.00 |
| Process Claim Forms, Deficiencies and Rejections: Online opt-in or claim forms (per form) | 34.00 | 0.95 | 32.30 |
| Mail Handling, Scanning & Data/Image Storing: Scanning set-up (one time fee) | 1.00 | 200.00 | 200.00 |
| Mail Handling, Scanning & Data/Image Storing: Data/image storage (per month) | 1.00 | 200.00 | 200.00 |
| *Rounded to two decimals | | Total: | 19,445.32 |



Baker & Hostetler
1000 Louisiana
Suite 2000
Houston  77002
United States of America
mpearson@bakerlaw.com

| | |
|---|---|
| **Total Due:** | **USD 6,769.48** |
| Invoice No: | PA00654535 |
| Sequence No: | 2988 |
| Invoice Date: | March 14, 2023 |
| Due Date: | April 13, 2023 |
| Project No: | 155615 |
| Customer No: | BAKH |
| Contact: | Paul Ferruzzi |

**PRIVILEGED & CONFIDENTIAL**

Through February 28, 2023

**RE: Remoundos, et al. v. LendUS**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 5,565.50 |
| Other Professional Services Rendered | | 1,191.31 |
| Out-of-Pocket Expenses | | |
| Postage and Courier | 0.60 | |
| Tax Reimbursement | 12.07 | |
| | | 12.67 |
| **Total Due:** | | **USD   6,769.48** |

*Please note this invoice covers current charges only and
may not include previous unpaid invoice balances.*

**Remittance Instructions:**

| | |
|---|---|
| Account Name: | Kroll Settlement Administration LLC |
| Bank Name: | Bank of America |
| Account No: | 483065996116 |
| ACH ABA#: | 021000322 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

**Billing Questions:**

T: +1 952-563-3077
E:  EliteAR@kroll.com

**Tax ID:**
82-3588071

**Important Note: Please include our invoice number and name of your organization with all
payments and send remittance advice to AR@kroll.com.**

**DETAIL FEES FOR HOURLY PROFESSIONAL SERVICES RENDERED**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Website:  Modifications to post-production website | 0.25 | 150.00 | 37.50 |
| Process Claim Forms., Deficiencies and Rejections:  Data entry and processing claims | 0.30 | 45.00 | 13.50 |
| Dispute Resolutions/Validation of Claims:  Review of claims filed | 0.60 | 65.00 | 39.00 |
| Project Management:  Project management | 15.40 | 150.00 | 2,310.00 |
| Project Management:  Staff | 29.80 | 85.00 | 2,533.00 |
| Project Management:  Clerical or data entry | 0.50 | 65.00 | 32.50 |
| Project Management:  Technical consulting | 4.00 | 150.00 | 600.00 |
| | | Total: | 5,565.50 |

**DETAIL OTHER PROFESSIONAL SERVICES RENDERED**

| Description | Units | Price/Unit* | Amount |
|---|---|---|---|
| Notification/Correspondence Fees: Process returned notices (per notice) | 513.00 | 0.25 | 128.25 |
| Notification/Correspondence Fees: Advanced address search (per trace) | 462.00 | 0.18 | 83.16 |
| Notification/Correspondence Fees: Re-mail notices (per notice) | 56.00 | 0.35 | 19.60 |
| Notification/Correspondence Fees: Form letter correspondence (per letter) | 4.00 | 5.00 | 20.00 |
| Notification/Correspondence Fees: Email correspondence (per email) | 17.00 | 2.00 | 34.00 |
| Website: Monthly hosting (per month) | 1.00 | 125.00 | 125.00 |
| Contact Center: IVR operating system (minimum charge) | 1.00 | 300.00 | 300.00 |
| Process Claim Forms, Deficiencies and Rejections: Opt-in or claim forms (per form) | 2.00 | 2.95 | 5.90 |
| Process Claim Forms, Deficiencies and Rejections: Online opt-in or claim forms (per form) | 228.00 | 0.95 | 216.60 |
| Mail Handling, Scanning & Data/Image Storing: Scanning/images of documents (per scan) | 588.00 | 0.10 | 58.80 |
| Mail Handling, Scanning & Data/Image Storing: Data/image storage (per month) | 1.00 | 200.00 | 200.00 |
| *Rounded to two decimals | | Total: | 1,191.31 |