M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
gharoutunian@justice4you.com

Terence R. Coates (admitted *Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
Email: tcoates@msdlegal.com

Joseph M. Lyon (admitted *Pro Hac Vice*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Fax: (513) 766-9011
Email: jlyon@thelyonfirm.com

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELIA REMOUNDOS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>LEND US, LLC,<br><br>　　　　　　　Defendant. | Case No.  3:22-cv-00749-EMC<br><br>[T*he Honorable Edward M. Chen*]<br><br>**SECOND SUPPLEMENTAL DECLARATION OF GREGORY HAROUTUNIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:　　February 4, 2022 |

I, Gregory Haroutunian, pursuant to section 1746 of title 28 of the United State Code, declare:

1. I am an attorney in the complex litigation group at Clayeo C. Arnold, A Professional Corporation (the "Arnold Law Firm"), one of the firms representing Plaintiffs. I submit this declaration in further support of Plaintiffs' Motion for Final Approval of Class Action Settlement. This declaration is based on my own personal knowledge, and if called to do so, I could and would testify to the matters contained herein.

2. On June 4, 2023, the Court requested further clarification from the Parties regarding the following issues:

   a. An update for all claims, including whether those deemed deficient have been cured;
   b. Was a reminder notice sent out, and, if so, was it sent to only members with email addresses?
   c. What is the anticipated "claims rate" for the credit monitoring?

ECF No. 58.

3. On August 31, 2023, the Court also requested that it be updated as to the response of the Class to the supplemental notice that was issued pursuant to the Court's June 4, 2023, Order. ECF No. 60.

4. I make this declaration to provide the requested information to the Court together with the attached Second Supplemental Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC In Connection with Final Approval of Settlement ("Fenwick Decl.") attached hereto as **Exhibit A**.

5. On or about June 1, 2023, the 157 amended Short Notices were sent via first-class mail to Settlement Class Members whose emails were rejected/bounced back as undeliverable during the January 26, 2023, email release, and the Objection and Opt-Out dates and Claims Deadline were extended for these 157 members to July 31, 2023, and August 30, 2023, respectively. Fenwick Decl. ¶ 3.

6. Subsequent to the filing of my prior Declaration (ECF No. 57), the Parties discovered from Kroll that it did not send the reminder emails envisioned by the settlement agreement. As such, on June 6, 2023, Kroll caused 2,833 reminder emails to be sent to the 2,833 Settlement Class Members who had not filed a Claim Form prior to the original Claims Deadline and extended the claims deadline by fourteen (14) days, until June 21, 2023. Fenwick Decl. ¶ 4.

7. After the completion of the entire notice program only 138 class members were unable to be reached, having had their Short Form Notices returned by the USPS as undeliverable and without any correct updated address able to be found. Fenwick Decl. ¶ 6.

8. The Fenwick Decl. provides information about all the claims that have been received and confirms that any claims with deficiencies were given the opportunity to cure, with there being 364 total claims determined to be valid, 206 claims either being made by non-Class Members or having had deficiencies that the claimants failed to cure despite being given the opportunity. One claim, for lost time, remains deficient, with the claimant having until October 5, 2023, to cure the deficiency. Those claims resulted in an aggregate value of Valid Claims of $42,735.55. Fenwick Decl. ¶ 7.

9. The 364 total claims out of a Class of 11,570 represent a 3.15% claims rate.

10. Even with the additional 157 Notices, there still remains only one timely request for exclusion from the settlement and no objections. Fenwick Decl. ¶ 9.

11. After consultation with Pango, the provider of the identity theft protection and credit monitoring services, I have been informed that, while the enrollment rate for similar offerings in similar cases varies wildly, Pango expects the enrollment rate in this matter to be between 1.2 and 15.7 percent.

**Updated Valuation of the Settlement**

12. While the aggregate value of Valid Claims is $42,843.25, per the Amended Settlement Agreement, the $12,000 claimed for lost time will be increased, *pro-rata,* to a total of $13,884.00; a $1,884.00 difference. This makes the total amount of cash payments expected to be made to the Class in the amount of $44,727.25.

13. Defense counsel has represented to Class Counsel that Defendant has undertaken security enhancements and business practice changes in response to this case valued at $228,800.

14. Not counting the credit monitoring services, the value of the settlement is therefore comprised of: $44,727.25 in cash payments expected to be made to the Class; $228,800 in expenditures by Defendant for the benefit of the Class in the form of improvements to its security to avoid future Data Incidents; $76,262.40 in notice and administration expenses; and $175,000 in requested attorneys' fees and costs. This results in a total of $524,789.65.

15. As was previously reported to the Court, including in the Declaration of Gerald Thompson (ECF No. 51), Pango's Financial Shield identity theft protection and credit monitoring services are valued at $8-10 per month per Class Member, and such services are being offered for 36 months, for a total value per Class Member of between $288 and $360.

16. Gerald Thompson of Pango, who previously submitted a declaration in support of Final Approval (ECF No. 51), has represented that in similar data breach settlements enrollment rates for Class Members range from 1.2 to 15.7 percent of the Class.

17. With a class of 11,570, this range results in a range of expected enrollments of 139 (at 1.2 percent) to 1,816 (at 15.7 percent).

18. The lower end of the value per Class Member is $288. This results in a range of value of this benefit for the class from $40,032 (129 x $288) to $523,008 (1,816 x $288).

19. Consequently, the total value of the Settlement benefits to the Class is expected to range from $564,821.65 ($524,789.65 plus $40,032.00) to $1,047,797.65 ($524,789.65 plus $523,008.00).

### Class Counsel's Lodestar

20. In Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, Plaintiffs reported that Class Counsel's total Lodestar through March 2, 2023, was $174,945.20, representing 279.9 hours of work on this matter with a total of $1,168.80 in expenses.

21. Since that time, Class Counsel has performed substantial work on this matter including finalizing the Motion for Final Approval, preparing supplemental filings for the Court in

1  Support of Final Approval, coordinating with the Claims Administrator regarding the
2  administration of claims and the above discussed supplemental notice activity, and preparing for
3  and appearing for the initial Final Approval Hearing.

4      22.    Class Counsel's new lodestar total is $201,820.20, representing 333.6 hours of work
5  in this matter with a total of $1,309.98 in expenses. *See* Spreadsheets detailing hours expended by
6  Class Counsel attached hereto as **Exhibit B** (Clayeo C. Arnold, APC)**, Exhibit C** (Markovits, Stock
7  & DeMarco)**,** and **Exhibit D** (The Lyon Firm.)

8      23.    The 173,680.02 Class Counsel is requesting in attorneys' fees, which is the $175,000
9  requested for attorneys' fees and expenses minus $1,309.98 expenses, represents a negative
10 multiplier of 0.86.

11     24.    This amount also represents 30.7 percent of the total value of the settlement using
12 the lower-end estimate for the Class's expected enrollment in Pango's services and 16.6 percent of
13 the total value of the settlement using the upper-end of this estimate.

14     I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct. Executed this 21st day of September 2023, at Sacramento, California.

_____
Gregory Haroutunian