**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANGELIA REMOUNDOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEND US, LLC,<br><br>Defendant. | Case No. 3:22-cv-00749-EMC<br>[*The Honorable Edward M. Chen*]<br><br>[PROPOSED] **FINAL APPROVAL ORDER AND JUDGMENT**<br><br>Complaint Filed: February 4, 2022 |

On December 20, 2022, the Court entered an order granting preliminary approval (ECF No. 44)) to the August 23, 2022, Amended Settlement Agreement between Plaintiffs Evangelia Remoundos, John Biegger, and Anne Biegger, individually and on behalf of the Settlement Class (defined below), and Defendant LendUS, LLC ("Defendant" or "LendUS" and, together with Plaintiffs, the "Parties").

Commencing on January 19, 2022, pursuant to the notice requirements in the Amended Settlement Agreement and the Preliminary Approval Order, Kroll Settlement Administration, LLC ("Kroll"), provided Notice[1] to Settlement Class Members in

---

[1] Unless otherwise defined herein, all terms capitalized herein shall have the same definitions ascribed to them as in the Amended Settlement Agreement.

- 1 -

[PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT

compliance with Paragraph 3.2 of the Amended Settlement Agreement, due process, and Rule 23 of the Federal Rules of Civil Procedure. The Notice:

    (a)    fully and accurately informed Settlement Class Members about the Action and the existence and terms of the Amended Settlement Agreement;

    (b)    advised Settlement Class Members of their right to request exclusion from the settlement and provided sufficient information so that Settlement Class Members were able to decide whether to accept the benefits offered, opt out and pursue their own remedies, or object to the proposed settlement;

    (c)    provided procedures for Settlement Class Members to file written objections to the proposed settlement, to appear at the Final Fairness Hearing, and to state objections to the proposed settlement; and

    (d)    provided the time, date, and place of the Final Fairness Hearing.

On October 5, 2023, the Court held a Final Fairness Hearing to determine whether the proposed settlement is fair, reasonable, and adequate and whether judgment should be entered dismissing this Action with prejudice. The Court reviewed (a) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Award to Plaintiffs (together, the "Motions") and all supporting materials, including but not limited to the Amended Settlement Agreement and the exhibits thereto; (b) any objections filed with or presented to the Court; and (c) the Parties' responses to any objections. The Court also considered the oral argument of counsel and any objectors who appeared. Based on this review and the findings below, the Court finds good cause to grant the Motion for Final Approval. The Court grants the request for a service award but otherwise defers ruling on the fee motion.

**IT IS HEREBY ORDERED:**

1. The Court has jurisdiction over the subject matter of this Litigation, all claims raised therein, and all Parties thereto, including the Settlement Class.

2. The Amended Settlement Agreement is fair, reasonable, adequate and in the best interests of Settlement Class Members. The Amended Settlement Agreement was negotiated at arm's-length, in good faith, and without collusion, by capable and experienced counsel, with full knowledge of the facts, the law, and the risks inherent in litigating the Action, and with the active involvement of the Parties. Moreover, the Amended Settlement Agreement confers benefits on the Settlement Class Members, is not contrary to the public interest, and will provide the Parties with repose from litigation. The Parties faced risks, expense, and/or uncertainty from continued litigation of this matter, which further supports the Court's conclusion that the settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class Members.

3. The Court grants final approval of the Amended Settlement Agreement in full, including but not limited to the releases therein and the procedures for effecting the Settlement. All Settlement Class Members who have not excluded themselves from the Settlement Class are bound by this Final Approval Order and Judgment.

4. The Parties shall carry out their respective obligations under the Amended Settlement Agreement in accordance with its terms. The relief provided for in the Amended Settlement Agreement shall be made available to the various Settlement Class Members submitting valid Claim Forms, pursuant to the terms and conditions in the Amended Settlement Agreement.

## OBJECTIONS AND REQUESTS FOR EXCLUSION

5. No objections to the settlement were submitted. All persons who did not object to the settlement in the manner set forth in the Amended Settlement Agreement are deemed to have waived any objections, including but not limited to by appeal, collateral attack, or otherwise.

6. One person requested to be excluded from the settlement and the Settlement Class. *See* Docket No. 50 (Fenwick Decl., Ex. H). Because this exclusion request was timely under the terms of the Settlement, that individual is hereby excluded from this class action Settlement.

## CERTIFICATION OF THE SETTLEMENT CLASS

7. Solely for purposes of the Amended Settlement Agreement and this Final Approval and Order and Judgment, the Court hereby certifies the following Settlement Class:

**Settlement Class:**

All persons to whom LendUS mailed notice that between February 2, 2021, and March 22, 2021, LendUS was the target of a criminal cyberattack in which third-party criminals gained 'unauthorized access to some LendUS employee email accounts' and may have gained unauthorized access the notified individual's PII. The Settlement Class specifically excludes: (i) LendUS and its respective officers and directors; (ii) all members of the Settlement Class who timely and validly request exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of the settlement; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendare* to any such charge.

**California Subclass:**

All persons residing in California between February 2, 2021, and March 22, 2021, to whom LendUS mailed notice that between February 2, 2021, and March 22, 2021, LendUS was the target of a criminal cyberattack in which third-party criminals gained "unauthorized access to some LendUS employee email accounts" and may have gained unauthorized access to the notified individual's PII. The California Subclass specifically excludes: (i) LendUS and its respective officers and directors; (ii) all members of the Settlement Class who timely and validly request exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

8. The Settlement Class is estimated to include 11,570 individuals and the California Subclass is estimated to include 5,387 individuals.

9. The Court incorporates its preliminary conclusions in the Preliminary Approval Order regarding the satisfaction of Federal Rules of Civil Procedure 23(a) and 23(b). Because the Settlement Class is certified solely for purposes of settlement, the Court need not address any issues of manageability for litigation purposes.

10. The Court grants final approval to the appointment of Representative Plaintiff Evangelia Remoundos, John Biegger, and Anne Biegger as Class Representatives of the Settlement Class and concludes that they have fairly and adequately represented the Settlement Class and shall continue to do so.

11. The Court grants final approval to the appointment of M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corporation; Terence R. Coates of Markovits, Stock & Demarco, LLC and Joseph M. Lyon of The Lyon Firm, LLC as Class Counsel. Class Counsel have fairly and adequately represented the Settlement Classes and shall continue to do so.

**NOTICE TO THE CLASS**

12. The Court finds that the Notice Program provided for in the Amended Settlement Agreement and effectuated pursuant to the Preliminary Approval Order: (i) was

the best notice practicable under the circumstances; (ii) was reasonably calculated to provide, and did provide, due and sufficient notice to the Settlement Class regarding the existence and nature of the Action, certification of the Settlement Class for settlement purposes only, the existence and terms of the Amended Settlement Agreement, and the rights of Settlement Class Members to exclude themselves from the settlement, to object and appear at the Final Fairness Hearing, and to receive benefits under the Amended Settlement Agreement; and (iii) satisfied the requirements of the Federal Rules of Civil Procedure, the United States Constitution, and all other applicable law.

## ATTORNEYS' FEES AND COSTS, SERVICE AWARD

13. The Court defers ruling on the fee motion. As the Court is granting final approval here, notice to the class may issue regarding the credit monitoring program. Approximately 30-45 days after that notice has issued, the parties will have a sense of what the enrollment rate in the credit monitoring program will be. The parties may then file an interim report regarding enrollment in the credit monitoring program, and the Court will make its assessment on the fee motion.

14. The Court awards a Service Award of $2,000.00 each to Evangelia Remoundos, John Biegger, and Anne Biegger. The Court finds these amounts are justified by the Class Representatives' service to the Settlement Class. Payment shall be made from the Settlement Fund pursuant to the procedures in Section IX of the Amended Settlement Agreement.

## RELEASE

15. Each Settlement Class Member, including the Class Representatives, are be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims as defined in the Amended Settlement Agreement and including Unknown Claims. The full terms of the release described in this paragraph are set forth in Section VI of the Amended Settlement

Agreement and are specifically approved and incorporated herein by this reference (the "Release"). Further, upon the Effective Date, and to the fullest extent permitted by law, each Settlement Class Member, including Plaintiffs, shall directly, indirectly, or in any representative capacity, be permanently barred and enjoined from commencing, prosecuting, or participating in any recovery in any action in this or any other forum (other than participation in this Amended Settlement Agreement as provided herein) in which any of the Released Claims is asserted.

16. The Amended Settlement Agreement and this Final Judgment and Order apply to all claims or causes of action settled under the Amended Settlement Agreement and binds Class Representatives and all Settlement Class Members who did not properly request exclusion. The Amended Settlement Agreement and this Final Approval Order and Judgment shall have maximum res judicata, collateral estoppel, and all other preclusive effect in any and all causes of action, claims for relief, suits, demands, petitions, or any other challenges or allegations that arise out of or relate to the subject matter of the Consolidated Cases.

## OTHER PROVISIONS

17. The Court directs the Parties and their counsel to implement and consummate the Amended Settlement Agreement and make available to Settlement Class Members the relief provided for therein, in accordance with the Amended Settlement Agreement's terms and provisions.

18. The Amended Settlement Agreement and this Final Approval Order and Judgment, and all documents, supporting materials, representations, statements and proceedings relating to the settlement, are not, and shall not be construed as, used as, or deemed evidence of, any admission by or against Defendant of liability, fault, wrongdoing, or violation of any law, or of the validity or certifiability for litigation purposes of the Settlement Class or any claims that were or could have been asserted in the Action.

- 7 -
[PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT

19. The Amended Settlement Agreement and this Final Approval Order and Judgment, and all documents, supporting materials, representations, statements and proceedings relating to the settlement shall not be offered or received into evidence, and are not admissible into evidence, in any action or proceeding, except that the Amended Settlement Agreement and this Final Approval Order and Judgment may be filed in any action by any Defendant or the Settlement Class Members seeking to enforce the Amended Settlement Agreement or the Final Approval Order and Judgment.

20. If the Effective Date does not occur for any reason, the Action will revert to the status that existed before the Amended Settlement Agreement's execution date, and the Parties shall be restored to their respective positions in the Action as if the Amended Settlement Agreement had never been entered into. No term or draft of the Amended Settlement Agreement, or any part of the Parties' settlement discussions, negotiations, or documentation, will have any effect or be admissible in evidence for any purpose in the Litigation.

21. Without affecting the finality of this Final Approval Order and Judgment, the Court will retain jurisdiction over this Action and the Parties with respect to the interpretation, implementation, and enforcement of the Amended Settlement Agreement for all purposes.

22. The Court hereby dismisses the Action in its entirety with prejudice, and without fees or costs except as otherwise provided for herein.

NOW, THEREFORE, the Court hereby enters judgment in this matter pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: October 17, 2023                     _____
                                            HON. EDWARD M. CHEN
                                            UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT