M. ANDERSON BERRY (262879)
GREGORY HAROUTUNIAN (330263)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

TERENCE R. COATES (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 665-0204
Fax: (513) 665-0219
tcoates@msdlegal.com

JOSEPH M. LYON (admitted *pro hac vice*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 721-1178
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs and the class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANGELIA REMOUNDOS, JOHN BIEGGER, and ANNE BIEGGER, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDUS, LLC,<br><br>Defendant. | Case No. 3:22-cv-00749-EMC<br><br>**DECLARATION OF SCOTT M. FENWICK RE POST-DISTRIBUTION ACCOUNTING**<br><br>Judge: Hon. Edward M. Chen |

I, Scott M. Fenwick, declare as follows:

---

DECLARATION OF SCOTT M. FENWICK RE POST-DISTRIBUTION ACCOUNTING

*Remoundos v. LendUs LLC, Case No. 3:22-cv-00749-EMC*

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed to provide a post-distribution accounting to the Court following entry of the Court's Final Approval Order and Judgment on October 17, 2023.

2. Kroll was appointed as the Claims Administrator to provide notification and administration services in connection with that certain Class Action Settlement Agreement (the "Settlement Agreement") entered into in this Litigation. Kroll's duties leading up to and following final approval included: (a) filing a declaration in connection with final approval; (b) finalizing the validation of claims submitted; (c) calculating payment amounts to eligible claimants; (d) issuing distribution payments; and (e) such other tasks as counsel for the Parties or the Court orders Kroll to perform.

3. The *Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Class Action Settlement*, filed on March 3, 2023, details the administrative services provided by Kroll leading up to final approval.

4. As of May 15, 2024, Kroll has received 565 timely claims and four (4) late claims. Of the 569 claims received, 357 have been determined to be valid and 213 claims were rejected.

5. Kroll has calculated the payment amount for each eligible claimant in accordance with the allocation guidelines set forth in Section IV.2. of the Settlement Agreement.

6. On January 22, 2024, Kroll issued distribution payments to the 309 valid claimants who selected an electronic payment option. On January 25, 2024, Kroll issued distribution

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Settlement Agreement entered into this Litigation.

DECLARATION OF SCOTT M. FENWICK RE POST-DISTRIBUTION ACCOUNTING
*Remoundos v. LendUs LLC, Case No. 3:22-cv-00749-EMC*

payments to forty-eight (48) valid claimants by paper check. A copy of the payment letter is attached as **Exhibit A**.

7. Following is a final summary of administrative actions leading up to final approval of the settlement, as well as a post-distribution and accounting summary.

| | |
|---|---|
| Total Settlement Class Members | 11,449 |
| Types of Notice sent | Mail and email |
| Notices mailed | 8,427 |
| Mail Notices not undeliverable | 8,201 |
| Notices emailed | 3,022 |
| Email Notices not undeliverable | 2,865 |
| Reminder emails | 2,858 |
| Opt-Outs | 1 |
| Opt-Outs as a percent of the Settlement Class | 0.009% |
| Objections filed | 0 |
| Objections as a percent of the Settlement Class | 0% |
| Valid Claim Forms submitted | 357 |
| Claims as a percent of the Settlement Class | 3.12% |
| Costs of Claim Administration | $115,878.90 |
| Class Counsel fees/costs | $150,000 |
| Service Award | $6,000 |
| Payment/distribution type | Checks, ACH, Zelle, Venmo, PayPal, Electronic Mastercard |
| Number of payments | 357 |
| Total distributed | $67,080.77 |
| Average payment | $187.90 |
| Median payment | $159.40 |

| | |
|---|---|
| Smallest payment | $31.88 |
| Largest payment | $518.06 |
| Identity-Theft Protection Codes Issued | 11,449 |
| Identity-Theft Protection Enrollments | 1,628 |
| Checks/payments not cleared | 2 |
| Amount of checks/payments not cleared | $566.67 |
| Reversion payment | $789.15 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on May 15, 2024, in Inver Grove Heights, Minnesota.

_____
SCOTT M. FENWICK

# Exhibit A

Remoundos v LendUS
c/o Kroll Settlement Administration
P.O. Box 5324
New York, NY 10150-5324

Check Number:
Check Amount:
Check Date:

T1   P1 *******************************SNGLP   1

Class Member ID:

The attached check represents your full and final payment to you as an eligible Settlement Class Member in the Court-approved class action Settlement in the case titled *Remoundos, et al. v. LendUS, LLC,* United States District Court Northern District of California, Case No. 3:22-cv-00749-EMC. You were sent and should have previously received a notice (via U.S. Mail and/or email) in this matter, which provided information about the Settlement.

Please be advised that you have until **April 24, 2024** to cash or deposit your check. After **April 24, 2024**, the check will be void. This means if your check becomes void, you will not be entitled to receive any payment under the Settlement.

You should consult with your tax advisor to determine the tax consequences, if any, of this Settlement payment to you.

All inquiries and address changes should be made in writing. When submitting an inquiry or request, please reference your Class Member ID and/or check number—both are located at the top of this letter—and forward it to the Claims Administrator by using the "Contact" section of the Settlement Website www.lendussettlement.com, or by writing Remoundos v LendUS c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324. If you have any questions, you may call us at 833-709-0097.

Thank you,
Kroll Settlement Administration, LLC
Claims Administrator

