# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELIA REMOUNDOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEND US, LLC,<br><br>Defendant. | Case No.  3:22-cv-00749-EMC<br>[*The Honorable Edward M. Chen*]<br><br>[PROPOSED] ORDER<br><br>Complaint Filed:    February 4, 2022 |

On October 17, 2023, the Court entered an order granting Final Approval (ECF No. 64) to the August 23, 2022, Amended Settlement Agreement between Plaintiffs Evangelia Remoundos, John Biegger, and Anne Biegger, individually and on behalf of the Settlement Class, and Defendant LendUS, LLC ("Defendant" or "LendUS" and, together with Plaintiffs, the "Parties"). Following distribution of the Settlement funds in accordance with the terms of the Amended Settlement Agreement, there remains $789.15 in the settlement fund. The Parties have met and conferred and have recommended to the Court that the remaining funds be distributed to the Legal Aid Association of California as a *cy pres* award.

**IT IS HEREBY ORDERED:**

1. The Court grants the Parties joint recommendation and directs the Settlement Administrator, Kroll Settlement Administration, LLC, to distribute $789.15 to the Legal Aid Association of California.

**IT IS SO ORDERED.**

DATED: June 3, 2024

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE